DEFENDANT'S
EXHIBIT
_A_

03013            kd                                                    FD 0 - 15

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 2016 MAY -3 PM 3: 10
COUNTY DEPARTMENT, LAW DIVISION

RHONDA MITTS,                          )
                                       )
            Plaintiff,                 )              2016L004430
                                       )              CALENDAR/ROOM D
            Vs.                        )    No.       TIME 00:00
                                       )              Premises Liability
COSTCO WHOLESALE CORPORATION,          )
                                       )
            Defendant.                 )

## COMPLAINT

Now comes the Plaintiff, RHONDA MITTS, by and through her attorneys, BENJAMIN

AND SHAPIRO, LTD., and complains of the Defendant, COSTCO WHOLESALE

CORPORATION, as follows:

1. That on the 13th day of July, 2014, the Defendant, COSTCO WHOLESALE

CORPORATION, owned the premises located at 1320 S. Route 59, Naperville, Dupage County,

Illinois, including, but not limited to, aisles therein.

2. That on the 13th day of July, 2014, the Defendant, COSTCO WHOLESALE

CORPORATION, operated the premises located at 1320 S. Route 59, Naperville, Dupage

County, Illinois, including, but not limited to, aisles therein.

3. That on the 13th day of July, 2014, the Defendant, COSTCO WHOLESALE

CORPORATION, controlled the premises located at 1320 S. Route 59, Naperville, Dupage

County, Illinois, including, but not limited to, aisles therein.

4. That on the 13th day of July, 2014, the Defendant, COSTCO WHOLESALE

CORPORATION, managed the premises located at 1320 S. Route 59, Naperville, Dupage

County, Illinois, including, but not limited to, aisles therein.

5. That on the 13th day of July, 2014, the Defendant, COSTCO WHOLESALE CORPORATION, maintained the premises located at 1320 S. Route 59, Naperville, Dupage County, Illinois, including, but not limited to, aisles therein.

6. That at all times herein mentioned the Plaintiff, RHONDA MITTS, was lawfully on said premises.

7. That at all times herein mentioned the Defendant owed a duty to the Plaintiff to operate said premises so that the Plaintiff would not be injured.

8. That at the time and place aforesaid the Defendant, COSTCO WHOLESALE CORPORATION, individually and through its agents and employees, was then and there guilty of one or more of the following wrongful acts or omissions:

a. Carelessly and negligently operated, managed, maintained and controlled said premises, including the aisles therein;

b. Carelessly and negligently allowed the aisles to be and remain in an unsafe condition although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking;

c. Carelessly and negligently allowed debris to be on the floor in the aisles therein although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking;

d. Carelessly and negligently failed to remove the debris in the aisle although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking;

e. Failed to provide the Plaintiff with a safe place to walk;

f. Failed to warn the Plaintiff of the dangerous

2

condition of the aisle therein although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking.

9. That as a direct and proximate result thereof the Plaintiff, RHONDA MITTS, was caused to trip and fall due to the debris.

10. That as a direct and proximate result thereof the Plaintiff, RHONDA MITTS, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury and mental anguish from then until now and will continue so to suffer in the future; that she has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow his usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, RHONDA MITTS, prays this Honorable court for Judgment against the Defendant, COSTCO WHOLESALE CORPORATION, in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

COREY A. BENJAMIN
Attorney for Plaintiff

03013
BENJAMIN AND SHAPIRO, LTD.
180 North LaSalle Street, 2600
Chicago, Illinois 60601
312-641-5944

3

03013            kd

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| RHONDA MITTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | No. |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT

The undersigned, one of the Attorneys for the Plaintiffs herein, states that this is a civil action seeking money damages in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes that same to be true.

_____
COREY A. BENJAMIN
Attorney for Plaintiffs

03013
BENJAMIN AND SHAPIRO, LTD.
180 North LaSalle Street
Chicago, Illinois 60601
Phone: (312) 641-5944

4