

DEFENDANT'S EXHIBIT
B

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RHONDA MITTS<br>    Plaintiff<br>    vs.<br>COSTCO WHOLESALE CORPORATION<br>    Defendant | ) <br> ) <br> ) Case No. 16-CV-5788 <br> ) Judge Jorge L. Alonso <br> ) Magistrate Sidney I. <br> ) Schenkier |

### PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Now comes the plaintiff, Rhonda Mitts, by her attorneys Benjamin and Shapiro Ltd., and pursuant to Rule 26 (a) (1) of the Federal Rules of Civil Procedure, makes the following initial disclosures:

A). The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Rhonda Mitts, plaintiff
2019 Providence Way
Joliet, IL 60431
(815)-609-0120
Subjects: The facts surrounding her being a customer at defendant's premises, and her knowledge concerning the conditions of the premises. The manner in which her fall occurred. Her observations of the scene of the occurrence before, during, and after the occurrence. Conversations with the defendant's employees, if any. The nature and extent of plaintiff's injuries, and the damages incurred. The pain, suffering, disability, and loss of a normal life experienced due to her injuries. The medical bills incurred in treating plaintiff's injuries. In addition, any facts set forth in plaintiff's complaint, plaintiff's Rule 26 disclosures, plaintiff's answers to written discovery, and plaintiff's deposition, all of which are incorporated by reference.

Brian Murphy M. D., orthopedic surgery
M & M Orthopaedics
1900 Ogden Ave., Suite 210
Aurora, IL 60504

#(630)-968-1881

Peter Schubel M.D., emergency medicine
801 S. Washington St.
Naperville, IL 60540
#(630)-355-0450

Irena Domjan M.D. and Joseph Sutherland M.D., both internal
medicine
25 N. Winfield Rd., Suite 400
Winfield, IL 60190
#(630)-469-9200

The subjects of Brian Murphy M.D., Peter Schubel M.D., Irena
Domjan M.D., and Joseph Sutherland M.D., are their
qualifications, education, training, and experience
in medicine and their specialties, their taken history of
the plaintiff, their findings, testing, diagnosis, and
treatment of the plaintiff, including all subjects set forth
in their treating physician medical records, which are
incorporated by reference, and all other medical records, x-
rays, or other tests upon which they reasonably rely in
their practice of medicine,  the nature and extent of the
plaintiff's injuries, including but not limited to,
plaintiff's comminuted fracture of her left arm and sprained
and bruised right foot, and all other injuries as set forth
in their medical records, which are incorporated by
reference, the pain and suffering these injuries caused or
would likely cause, the loss of a normal life and disability
caused by these injuries, the disfigurement due to surgical
scarring resulting from the treatment of the left arm
fracture, the reasons for and the necessity of the treatment
given, the cause of the injuries sustained by the plaintiff
being the fall on July 13, 2014, their prognosis for the
plaintiff that these injuries may be or are permanent, may
or will cause pain in the future, that the disability
associated with these injuries is or may be permanent, the
possible need for future medical care, including future
surgery to treat these injuries, the reasonable and
customary amount of their charges for services, and the
estimated cost of any future medical care.

In addition, medical records keepers may be called to lay
the foundation for the admission of their respective medical
records into evidence, if necessary, and medical
billing personnel may be called to lay the foundation that
their respective fees for services are reasonable and
customary charges, if necessary.

2

B). A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

Medical records of the following, copies enclosed:
Edward Hospital
M & M Orthopaedics
Dupage Medical Group

Medical bills of the following, copies enclosed:
| | |
|---|---|
| Edward Hospital | $23,418.00 |
| Dupage Medical Health Partners | $ 7,482.00 |
| Dupage Medical Group | $ 4,162.00 |
| Naperville Radiologists S.C. | $ 350.00 |
| TOTAL | $35,412.00 |

Additional medical bills being obtained.

One photograph of the floor of the premises in issue, and four photographs of plaintiff's injuries, copies enclosed.

C). A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

See response and enclosures to item B above. In addition to medical expenses, plaintiff seeks damages for pain and suffering, loss of a normal life, and disfigurement.

S/Michael Kaczmarek
Benjamin and Shapiro Ltd.
180 N. LaSalle St., Suite 2600
Chicago, IL 60606
(312)-641-5944

PROOF OF SERVICE

The undersigned states that plaintiff's Rule 26 (a)(1) initial disclosures were served upon Brad Nahrstadt Esq.,230 W. Monroe St., Suite 2260, Chicago, IL 60606 via U.S. Mail, first class postage paid, or by hand-delivery, on June 9 , 2016.

Michael Kaczmarek

3









