30746.000300



DEFENDANT'S
EXHIBIT

_C_

49614

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

RHONDA MITTS,                          )
                                       )
                  Plaintiff,           )
                                       )        16 L 004430
         v.                            )
                                       )        Removed to the U.S. District Court
                                       )        Northern District of IL Eastern
COSTCO WHOLESALE CORPORATION,          )        Division No. 16-cv-5788
                                       )
                  Defendant.           )

## NOTICE OF FILING

To:    Benjamin and Shapiro Ltd.
       180 North LaSalle Street
       Chicago, IL 60601

         YOU ARE HEREBY NOTIFIED that on **June 2, 2016**, there was filed with the Clerk of
the Circuit Court of Cook County, Illinois, _**DEFENDANT COSTCO WHOLESALE CORPORATION'S
NOTICE OF REMOVAL**_, a copy of which is attached hereto.

                           Lipe Lyons Murphy Nahrstadt & Pontikis Ltd.


                           By: _____
                                Bradley C. Nahrstadt, one of the attorneys for
                                defendant Costco Wholesale Corporation


Bradley C. Nahrstadt — bcn@lipelyons.com
Ryan A. Kelly — rak@lipelyons.com
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS LTD.
230 West Monroe Street, Suite 2260
Chicago, Illinois 60606
312-448-6230
Fax: 312-726-2273

{00150397}

## CERTIFICATE OF SERVICE

I, a non-attorney, hereby certify that on June 2, 2016, I served this Notice and Removal by regular mail from 230 W. Monroe Street, Chicago, IL.

Donna M. Wrobel

30746.000300

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA MITTS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 16 cv 5788 |
| | ) | |
| v. | ) | |
| | ) | Removed from Circuit Court of |
| | ) | Cook County, IL No. 16 L 004430 |
| COSTCO WHOLESALE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Defendant, COSTCO WHOLESALE CORPORATION ("COSTCO"), by and through its

attorneys, BRADLEY C. NAHRSTADT and RYAN A. KELLY, of LIPE LYONS MURPHY

NAHRSTADT & PONTIKIS LTD., files this Notice of Removal, removing this action from the

Circuit Court of Cook County, Illinois to the United States District Court for the Northern

District of Illinois and, in support thereof, states as follows:

1.      This civil action, seeking damages for an alleged slip and fall at a Costco

Warehouse in DuPage County, Illinois, was commenced against the Defendant, Costco

Wholesale Corporation, in the Circuit Court of Cook County, Illinois on May 3, 2016. (See a

copy of the plaintiff's Complaint at Law attached hereto as Exhibit A). The Defendant,

COSTCO, now files this Notice of Removal.

{00150340}

2. A summons and a copy of the plaintiff's Complaint at Law filed in Cook County, Illinois was served upon CT Corporation, COSTCO's registered agent for service of process, on May 9, 2016. (See Service of Process Transmittal form attached hereto as Exhibit B).

3. COSTCO is the only entity named as a defendant in the plaintiff's complaint at law. (See Exhibit A).

4. At the time the action was commenced the plaintiff, RHONDA MITTS, was domiciled and resided at 2019 Providence Way, Joliet, Illinois. As such, the plaintiff is a citizen of the state of Illinois.

5. The defendant, COSTCO WHOLESALE CORPORATION is a corporation organized and incorporated under the laws of the state of Washington and having its principal place of business at 999 Lake Drive, Issaquah, Washington. As such, the defendant is a citizen of the state of Washington.

6. The plaintiff's Complaint sounds in negligence and seeks damages "in an amount in excess of $50,000" from COSTCO for the plaintiff's personal, permanent, and pecuniary injuries. (See Exhibit A). Counsel for the plaintiff has indicated to Gallagher Bassett Services, Inc., the third-party administrator for COSTCO, that the plaintiff sustained a fractured left forearm with a displaced comminuted fracture of the mid-radial shaft. Surgical intervention was required with internal fixation of the radial shaft and closed reduction of the distal radioulnar joint. Counsel for the plaintiff also indicated to Gallagher Bassett Services that the plaintiff has incurred medical bills in excess of $48,000. Prior to filing suit, counsel for the plaintiff made a demand to settle the claim for $150,000. Based on the foregoing, the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

{00150340}                                           2

7.     The plaintiff's Complaint alleges that the plaintiff tripped and fell in the Costco warehouse located at 1320 S. Route 59 in Naperville, Illinois.  (See Exhibit A, ¶¶ 1, 8-9).  The plaintiff filed her suit in Cook County, Illinois. Therefore, since a substantial part of the events giving rise to the plaintiff's claim occurred in the Northern District of Illinois, venue is proper in this judicial district (see 28 U.S.C. § 1391 (b)(2)) and filing in the Northern District is proper in accordance with NDIL—LR 40.1.

8.     There is complete diversity of citizenship between the plaintiff and the defendant and the amount in controversy exceeds $75,000.  Therefore this is a civil action over which the United States District Court has original jurisdiction under 28 U.S.C. § 1332.

9.     COSTCO was served with a summons and complaint on May 9, 2016.  Therefore this Notice of Removal has been filed within 30 days of the date of service and removal is timely in accordance with 28 U.S.C. § 1446(b)(1).

10.     Upon information and belief, the plaintiff did not file a jury demand when she filed her state court action.

11.     True and correct copies of all of the process, pleadings, and orders from the Illinois state court action which have been served upon the defendant have been filed with this Notice of Removal pursuant to 28 U.S.C. §1446(a).

12.     Defendant, COSTCO, by counsel, will file a copy of this Notice of Removal in the Circuit Court of Cook County, Illinois and serve a copy of this Notice of Removal with all exhibits upon counsel for the plaintiff by United States mail pursuant to 28 U.S.C. § 1446(d).

13.     Defendant, COSTCO, designates their undersigned counsel, Bradley C. Nahrstadt (direct dial telephone shown below), as lead counsel who will be responsible for receipt of telephone conference calls.

WHEREFORE, the defendant, Costco Wholesale Corporation, hereby removes this action to the United States District Court for the Northern District of Illinois.

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS LTD.

By: /s/ *Bradley C. Nahrstadt*

Bradley C. Nahrstadt
Ryan A. Kelly
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS LTD.
Counsel for Defendant, COSTCO WHOLESALE CORPORATION
230 West Monroe Street, Suite 2260
Chicago, Illinois 60606
Tel: 312-448-6235
Fax: 312-726-2273
bcn@lipelyons.com
rak@lipelyons.com

03013   kd

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

RHONDA MITTS,         )
               )
     Plaintiff,      )   **2016L004430**
               )   **CALENDAR/ROOM D**
     Vs.        ) No. **TIME 00:00**
               )   **Premises Liability**
COSTCO WHOLESALE CORPORATION,  )
               )
     Defendant.     )

Costco Wholesale Corporation:   C/o C T Corporation System Registered Agent: 208 S. Lasalle Suite 814 Chicago, Illinois 60604

## SUMMONS

**TO EACH DEFENDANT:**

YOU ARE SUMMONED and required to file an answer in this case or otherwise file your appearance in the office of the Clerk of this Court located in the Richard J. Daley Center, Room 801, Chicago, Illinois, within thirty (30) days after service of this Summons, not counting the day of service. *IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED HERETO.*

TO THE OFFICER:

This summons must be returned by the officer or person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

DOROTHY BROWN
CLERK OF CIRCUIT COURT

WITNESS _____, 2015

**MAY 0 3 2016**

03013
BENJAMIN AND SHAPIRO, LTD.
Attorneys for the Plaintiff
180 North LaSalle Street
Chicago, Illinois 60601
Phone: (312) 641-5944

CLERK OF THE COURT

DATE OF SERVICE: 5/9/16
(To be inserted on copy left with Defendant or other person)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY



DEFENDANT'S EXHIBIT A



DIE DATE
05/27/2016

DOC.TYPE:    LAW
CASE NUMBER:   16L004430
DEFENDANT
COSTCO WHOLESALE CORPORATION
208 S LASALLE
CHICAGO, IL 60604
SUITE 814

SERVICE INF
RM 801/D C/
CORPORATI
AGT

ATTACHED

03013        kd

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| RHONDA MITTS, | ) | |
| | ) | |
| Plaintiff, | ) | **2016L004430** |
| | ) | **CALENDAR/ROOM D** |
| Vs. | ) No. | **TIME 00:00** |
| | ) | **Premises Liability** |
| COSTCO WHOLESALE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Costco Wholesale Corporation:     C/o C T Corporation System Registered Agent: 208 S. Lasalle Suite 814 Chicago, Illinois 60604

### SUMMONS

**TO EACH DEFENDANT:**

YOU ARE SUMMONED and required to file an answer in this case or otherwise file your appearance in the office of the Clerk of this Court located in the Richard J. Daley Center, Room 801, Chicago, Illinois, within thirty (30) days after service of this Summons, not counting the day of service. *IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED HERETO.*

TO THE OFFICER:

This summons must be returned by the officer or person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**DOROTHY BROWN**
**CLERK OF CIRCUIT COURT**

WITNESS _____, 2015

MAY 0 3 2016

03013
BENJAMIN AND SHAPIRO, LTD.
Attorneys for the Plaintiff
180 North LaSalle Street
Chicago, Illinois 60601
Phone: (312) 641-5944

CLERK OF THE COURT

DATE OF SERVICE: _____
(To be inserted on copy left with Defendant or other person)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

C:\Print\ImageBundler\Temp\4314880\Originals\WITTS V COSTCO.PDF

DIE DATE
05/27/2016

*02112682*

DOC.TYPE:  LAW
CASE NUMBER:  16L004430
DEFENDANT
COSTCO WHOLESALE CORPORATION
208 S LASALLE
CHICAGO, IL 60604
SUITE 814

SERVICE INF
RM 801/D C/
CORPORATI
AGT

ATTACHED

03013       kd

FD 0 - 15

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 2016 MAY -3 PM 3: 10
COUNTY DEPARTMENT, LAW DIVISION

CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

| | | |
|---|---|---|
| RHONDA MITTS, | ) | |
| | ) | |
| Plaintiff, | ) | 2016L004430 |
| | ) | CALENDAR/ROOM D |
| Vs. | ) No. | TIME 00:00 |
| | ) | Premises Liability |
| COSTCO WHOLESALE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

<u>COMPLAINT</u>

Now comes the Plaintiff, RHONDA MITTS, by and through her attorneys, BENJAMIN

AND SHAPIRO, LTD., and complains of the Defendant, COSTCO WHOLESALE

CORPORATION, as follows:

1. That on the 13th day of July, 2014, the Defendant, COSTCO WHOLESALE

CORPORATION, owned the premises located at 1320 S. Route 59, Naperville, Dupage County,

Illinois, including, but not limited to, aisles therein.

2. That on the 13th day of July, 2014, the Defendant, COSTCO WHOLESALE

CORPORATION, operated the premises located at 1320 S. Route 59, Naperville, Dupage

County, Illinois, including, but not limited to, aisles therein.

3. That on the 13th day of July, 2014, the Defendant, COSTCO WHOLESALE

CORPORATION, controlled the premises located at 1320 S. Route 59, Naperville, Dupage

County, Illinois, including, but not limited to, aisles therein.

4. That on the 13th day of July, 2014, the Defendant, COSTCO WHOLESALE

CORPORATION, managed the premises located at 1320 S. Route 59, Naperville, Dupage

County, Illinois, including, but not limited to, aisles therein.

5. That on the 13th day of July, 2014, the Defendant, COSTCO WHOLESALE CORPORATION, maintained the premises located at 1320 S. Route 59, Naperville, Dupage County, Illinois, including, but not limited to, aisles therein.

6. That at all times herein mentioned the Plaintiff, RHONDA MITTS, was lawfully on said premises.

7. That at all times herein mentioned the Defendant owed a duty to the Plaintiff to operate said premises so that the Plaintiff would not be injured.

8. That at the time and place aforesaid the Defendant, COSTCO WHOLESALE CORPORATION, individually and through its agents and employees, was then and there guilty of one or more of the following wrongful acts or omissions:

a. Carelessly and negligently operated, managed, maintained and controlled said premises, including the aisles therein;

b. Carelessly and negligently allowed the aisles to be and remain in an unsafe condition although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking;

c. Carelessly and negligently allowed debris to be on the floor in the aisles therein although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking;

d. Carelessly and negligently failed to remove the debris in the aisle although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking;

e. Failed to provide the Plaintiff with a safe place to walk;

f. Failed to warn the Plaintiff of the dangerous

2

condition of the aisle therein although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking.

9. That as a direct and proximate result thereof the Plaintiff, RHONDA MITTS, was caused to trip and fall due to the debris.

10. That as a direct and proximate result thereof the Plaintiff, RHONDA MITTS, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury and mental anguish from then until now and will continue so to suffer in the future; that she has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow his usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, RHONDA MITTS, prays this Honorable court for Judgment against the Defendant, COSTCO WHOLESALE CORPORATION, in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

COREY A. BENJAMIN
Attorney for Plaintiff

03013
BENJAMIN AND SHAPIRO, LTD.
180 North LaSalle Street, 2600
Chicago, Illinois 60601
312-641-5944

3

03013             kd

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

RHONDA MITTS,                           )
                                        )
              Plaintiff,                )
                                        )
        Vs.                             )        No.
                                        )
COSTCO WHOLESALE CORPORATION,           )
                                        )
              Defendant.                )

## AFFIDAVIT

The undersigned, one of the Attorneys for the Plaintiffs herein, states that this is a civil action seeking money damages in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes that same to be true.

_____
COREY A. BENJAMIN
Attorney for Plaintiffs

03013
BENJAMIN AND SHAPIRO, LTD.
180 North LaSalle Street
Chicago, Illinois 60601
Phone: (312) 641-5944

4

 **CT Corporation**

**Service of Process Transmittal**
05/09/2016
CT Log Number 529140451

**TO:**  Tony Jaswal, Director of Property & Liability Claims
Costco Wholesale Corporation
Legal Dept., 999 Lake Drive
Issaquah, WA 98027-

**RE:**  **Process Served in Illinois**

**FOR:**  Costco Wholesale Corporation  (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RHONDA MITTS, Pltf. vs. COSTCO WHOLESALE CORPORATION, Dft. |
| **DOCUMENT(S) SERVED:** | Summonses, Complaint, Affidavit |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2016L0004430 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 07/13/2014 - 1320 S. Route 59, Naperville, Dupage County, Illinois |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/09/2016 at 10:30 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | COREY A. BENJAMIN<br>BENJAMIN AND SHAPIRO, LTD.<br>180 North LaSalle Street, 2600<br>Chicago, IL 60601<br>312-641-5944 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/10/2016, Expected Purge Date: 05/15/2016 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Tony Jaswal  tjaswal@costco.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br><br>**TELEPHONE:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of  1 / IP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



30746.00O300

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA MITTS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 16 cv 5788 |
| | ) | |
| v. | ) | |
| | ) | Removed from Circuit Court of |
| | ) | Cook County, IL No. 16 L 004430 |
| COSTCO WHOLESALE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To:  Benjamin and Shapiro Ltd.
180 North LaSalle Street
Chicago, IL 60601

YOU ARE HEREBY NOTIFIED that on **June 2, 2016**, there was filed with the Clerk of the Circuit Court of Cook County, Illinois, **_DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL_**, a copy of which is attached hereto.

Lipe Lyons Murphy Nahrstadt & Pontikis Ltd.

By: _//ss//Bradley C. Nahrstadt_
Bradley C. Nahrstadt, one of the attorneys for defendant Costco Wholesale Corporation

Bradley C. Nahrstadt – bcn@lipelyons.com
Ryan A. Kelly – rak@lipelyons.com
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS LTD.
230 West Monroe Street, Suite 2260
Chicago, Illinois  60606
312-448-6230
Fax: 312-726-2273

{00150345}

## CERTIFICATE OF SERVICE

I, a non-attorney, hereby certify that on June 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties who have appeared in the above-captioned case and served this Notice and Motion via regular mail from 230 W. Monroe Street, Chicago, IL.

_____
Donna M. Wrobel

{00150345}                                    2