DEFENDANT'S
EXHIBIT
G

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RHONDA MITTS,                    )
        Plaintiff,               ) Case No.
    vs.                          ) 15-CV-5788
COSTCO WHOLESALE CORPORATION,    )
        Defendant.               )

The discovery deposition of CRYSTAL HARPER taken in the above-entitled cause before Haley Goodwin on October 27, 2016 at 180 North LaSalle Street, Suite 2600, Chicago, Illinois, pursuant to notice.

---

APPEARANCES:

BENJAMIN & SHAPIRO, LTD.
BY:  MICHAEL KACZMAREK
     180 NORTH LASALLE STREET
     SUITE 2600
     CHICAGO, IL 60601
     (312) 641-5944
     Representing the Plaintiff;


LIPE LYONS MURPHY
NAHRSTADT & PONTIKIS, LTD.
BY:  BRADLEY C. NAHRSTADT
     230 WEST MONROE STREET
     SUITE 2260
     CHICAGO, IL 60606
     (312) 448-6235
     Representing the Defendant.

---

DEPOSITION OF CRYSTAL HARPER
OCTOBER 27, 2016

(whereupon, the witness was duly sworn.)

CRYSTAL HARPER, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. KACZMAREK:

Q.   Let the record show that this is the deposition of Crystal Harper taken pursuant to the federal rules of Civil Procedure.

Would you state your name for the record?

A.   Crystal Dawn Harper.

Q.   All right.  And what is your home address?

A.   306 Ridgefield Lane, Naperville, Illinois, 60565.

Q.   All right.  And what is your date of birth?

MR. NAHRSTADT:  I'll plug my ears.

---

THE WITNESS: I'm teasing.
6/12/61.

BY MR. KACZMAREK:

Q.   Anyone younger than me is young, so -- what is the highest level of education you've attained?

A.   Three and a half years of college.

Q.   And in what field?

A.   Political science.

Q.   All right.  When did you complete your school?

A.   I did not complete it.

Q.   But when did you end going to school?

A.   The summer of '83.

Q.   And are you employed at this time?

A.   Yes.

Q.   By whom?

A.   Costco Wholesale.

Q.   When did you begin your employment with Costco Wholesale?

A. May of 1984.

Q. And when you first began, what was your title or position?

A. I was a caller.

Q. A caller, okay. What did you do as a caller?

A. I called off the item numbers to the cashier.

Q. Okay. And what is your current position?

A. Assistant general manager.

Q. When did you attain that position?

A. Eight years ago.

Q. Have you always worked at the Costco store at 1320 South Route 59 in Naperville?

A. No.

Q. Okay. What was the first Costco store you looked at?

A. Santa Ana, California.

Q. Okay. And how long did you work at that store?

5

A. Three years.

Q. All right. And when did you start working at the Costco in Naperville, Illinois?

A. I came back to that location June of 2013.

Q. And you said back to it. Had you worked at the Costco in Naperville before?

A. Yes.

Q. All right. When did you work at it the first time?

A. 2003.

Q. Okay. And you say you went back to it in June of 2013? All right. How long were you at that Costco in 2003?

A. Four years.

Q. All right. And then from -- that would have been until about 2007; correct?

A. Mm-hm.

Q. Where did you go after

6

that?

A. Bedford Park.

Q. The Bedford Park Costco?

A. Yes.

Q. All right. And how long were you at that Costco?

A. Eighteen months.

Q. Okay. Where did you go after that?

A. Schaumburg.

Q. The Schaumburg Costco?

A. Yes.

Q. Okay.

A. Two years.

Q. And I think there will be one more. Was there one more?

A. Yep.

Q. Where would that be?

A. Bolingbrook.

Q. Okay. Now, as the assistant general manager, what are your duties?

A. Overseeing the location.

Q. Okay. In July of 2014 was

7

there a general manager at the Costco in Naperville?

A. Yes.

Q. Who was that?

A. Chad Effner (phonetic).

Q. Is he still with Costco?

A. Yes.

Q. And when you say overseeing the location, would that be -- include looking for things that might be slip or trip hazards?

A. It's all areas of the location within our policies, our protocols.

Q. Okay. So, that would include looking out for slip and trip type hazards?

A. Everything within the building.

Q. Were you at the Costco store in Naperville on July 13th, 2014?

A. Yes.

Q. Do you recall what hours

8

Pages 5 to 8

you were there that day?

A. 11:30 to 9:00.

Q. Okay. 11:30 a.m. to 9:00 p.m.?

A. Correct.

Q. All right. Now, we know that July 13th, 2014 was a Sunday.

Did the store close at 6:00?

A. Yes.

Q. You have to answer out loud for our --

A. Yes.

Q. -- court reporter.

All right. And then what would you have done the additional three hours after the store closed?

A. It takes us time to close the building and pull the tills and so forth.

Q. Okay. Do you recall other Costco employees who were working at the Naperville Costco on July 13th,

9

2014?

A. Yes.

Q. Who else was there?

A. That day?

Q. Yes.

A. I had about 145 employees.

Q. How big is this Costco store?

A. 146.

Q. Feet?

A. No. It's 146,000 square feet.

Q. Okay. On that July 13th, 2014 date, would you have done any floor walking around the Costco store?

A. Yes.

Q. Okay. And when would you have done that floor walk?

A. It wouldn't be the actual floor walk, but we are on the floor continuously.

Q. Can you explain what that means?

10

A. Every fifteen minutes or so we do a loop of the whole vicinity of the floor.

Q. When you say we, is it -- who is it beside yourself would have been doing this --

A. All management staff.

Q. And when you say a loop, what does that mean?

A. We start at the beginning of the building towards the entrance door, and we have something called a racetrack which is our main aisles, and we walk from the front of the building on the right side all through around such departments around the racetrack all the way to the front.

Q. And --

A. It's part of our protocol.

Q. Okay. And what is the reason for that protocol?

A. Continuously checking on the location.

11

Q. Okay. And is that for things like seeing if there's any merchandise out of place?

A. Everything.

Q. Okay. Would that be one of the things, making sure --

A. Yes.

Q. -- all the merchandise is properly placed?

Would looking for shoplifters be one of the things that you do?

A. No.

Q. No.

And would looking for any kind of slip or trip hazards on the floor be something that you would do?

A. We're constantly looking for any procedure out there as far as loose items. Anything that's not within our guidelines.

Q. Do you recall what the weather was like on July 13th, 2014?

12

A. Yes.
Q. What was it like?
A. It was clear.
Q. No rain that day?
A. No.
Q. Correct?
A. Correct.
Q. Did you fill out any kind of accident or incident report in regard to this fall by Rhonda Mitts?
A. No.
Q. Do you know who did?
A. Yes.
Q. Who did?
A. Can I correct that? I'm not sure.
Q. Okay. Are you -- let's see -- are you familiar with a Nancy Manzie, M-a-n-z-i-e; Nancy Manzie?
A. I don't know who that is.
Q. Okay. Now, did this Costco keep things to mark hazards on the floor such as safety cones?
A. Yes.

13

Q. And were there items like buckets and mops available like to clean up a spill?
A. Yes.
Q. Did you ever instruct other Costco employees in terms of what to do if there was any kind of a hazard on the floor?
A. Yes.
Q. All right. And what is it that you would tell the Costco employees?
A. We have a protocol to follow as far as not leaving the area, to have it corrected immediately.
Q. Okay. Would the employees be given anything like a cellphone or a walkie-talkie to report if they had a -- saw a hazard?
A. No. They stay where the hazard is.
Q. Okay. I take it this store would have been air conditioned

14

in July of 2014; correct?
A. Yes.
Q. Okay. At some point did you learn about a fall incident regarding a Rhonda Mitts?
A. Yes.
Q. When did you learn about it?
A. About 3:30 in the afternoon on that Sunday.
Q. Okay. And who was it who told you about it?
A. Pardon me?
Q. Who told you about it?
A. It came over the radio.
Q. What radio was that?
A. All managers carry a radio, a walkie-talkie type.
Q. Did you then go to the scene of the accident?
A. Yes.
Q. Okay. And what is it that -- first that they told you about this fall incident?

15

A. When I arrived, another manager was there with Mrs. Mitts, and he had already engaged in conversation with Mr. and Mrs. Mitts.
Q. Who was that?
A. Aubrey.
Q. Aubrey?
A. Yes.
Q. Do you know Aubrey's last name?
A. Wilee.
Q. Is that spelled W-i --
A. Just like Wile E. Coyote.
Q. Like the coyote, okay. All right.
When you got there, did the scene -- was the scene the dairy cooler?
A. Yes.
Q. And was the person who had fallen, Rhonda Mitts, inside the cooler?
A. Yes.
Q. How was she positioned?

16

A. Standing.

Q. Did you look at the floor to see if there was anything that she might have slipped on?

A. Yes.

Q. All right. And what did you see?

A. Nothing.

Q. Now, can you describe what kind of a flooring there is in that dairy cooler area?

A. Concrete.

Q. Does that concrete have any kind of a sheen to it?

A. No.

Q. Is it dark gray concrete?

A. Yes.

Q. If that concrete had a wet spot on it, would that be hard to see?

MR. NAHRSTADT: Objection, calls for speculation.

You can answer if you can.

17

THE WITNESS: Could you say it again, please?

BY MR. KACZMAREK:

Q. Sure.

If that gray -- dark gray concrete had a wet spot on it, would that wet spot be hard to see?

MR. NAHRSTADT: Same objection.

THE WITNESS: No.

BY MR. KACZMAREK:

Q. Okay. Did you have any conversation with Rhonda Mitts?

A. Yes.

Q. Okay. And what did she say to you, and what did you say to her?

A. I asked her if she was fine, you know.

Q. Okay. What did she --

A. Her husband then stated that she needed ice.

Q. Okay. Did you look at Rhonda Mitts's arm?

18

A. I did not see anything.

Q. Okay. Do you recall what kind of shoes Rhonda Mitts was wearing?

A. Yes.

Q. What kind of shoes?

A. She had on a slip-on rubber sandal.

Q. Are you familiar with Croc sandals?

A. Yes.

Q. Was she wearing Croc sandals?

A. I don't recall them being Crocs.

Q. Do you recall what kind of make they were?

A. No.

Q. Did Rhonda Mitts appear to be in pain?

A. No.

Q. Was she holding any part of her body?

A. No.

19

Q. All right. And then what did you do?

A. I left -- I stepped out of the dairy cooler.

Q. Okay. And what did you do after that?

A. Aubrey then walked them up front. As they stepped away, I took the photo of the immediate area.

Q. Okay. To save some time, I'm showing you what was marked previously as Maiorano Exhibit 3.

Is that a photocopy of the photo that you took?

A. Yes.

Q. Did you take any other photos?

A. No.

Q. Does that Costco store have a video surveillance system in the store?

A. Yes.

Q. All right. And is the dairy cooler area within the video

20

Pages 17 to 20

surveillance system?

A.  I don't know.

Q.  Have you ever seen any video footage of Rhonda Mitts's fall?

A.  No.

Q.  All right.  Does Costco operate their video surveillance system, or do they use another entity to do that?

A.  Inhouse.

Q.  All right.  And after you took the picture of the dairy cooler which is Exhibit 3, did you do anything further?

A.  No.

Q.  Okay.  Did you ever fill out any kind of accident or incident report in regard to Rhonda Mitts?

A.  No.

Q.  Do you know who filled one out, if anyone, at Costco?

A.  Unsure.

Q.  Okay.  Is there a person who had that responsibility if there

21

was an accident or incident to fill out a report?

A.  A management staff.

Q.  Okay.  Was there one person, or just anyone on the management staff?

A.  Management staff.

Q.  Okay.  When you would be doing your -- the continuous loop of the whole store walks, would you do those all day long?

A.  Yes.

Q.  Okay.  So, your job is not a desk job, is it?

MR. NAHRSTADT:  Don't make her laugh. She just had surgery.

THE WITNESS:  I wish.

BY MR. KACZMAREK:

Q.  Okay.  I wish was the answer.  Okay.

On any of the whole store loop walks, would you go inside the dairy cooler area?

22

A.  Yes.

Q.  And there is door to get into the dairy cooler area; correct?

A.  Yes.

Q.  Is that -- what kind of glass or plastic does that door have?

A.  It's an open entrance.

Q.  Is there an actual door that you have to open?

A.  No.

Q.  Okay.  So, there is no door?

A.  No door.

Q.  All right.  Have you ever seen anything like spills or wet spots on the floor in the dairy cooler area?

A.  Yes.

Q.  Okay.  And how often do those arise?

A.  Not often.

Q.  Once a week; once a month? How often; three times a month?

23

What would you say?

A.  Couple times a month.  Two times a month.

Q.  And what is it that is spilled; is it milk, or -- usually milk?

A.  Yes.

Q.  And there's different kinds of milk that are kept in that dairy cooler area; correct?

A.  It's -- yes.

Q.  Okay.

A.  No --

Q.  Well, how would you -- what would you describe those types of milk as?

A.  All white milk.

Q.  I think -- is it like a soy milk, or something like that, or --

A.  Organic.

Q.  Organic milk?

A.  Nonfat, low fat, whole milk.  Kirkland Organics.

24

Q. And is it just that the cartons sometimes leak when people pick them up; is that how they leak?

A. It could.

Q. Was there a person who was handing out some samples outside the dairy cooler area that day?

A. Yes.

Q. Who was that person?

A. An employee of CDS.

Q. What is CDS?

A. Club Demo Services.

Q. And why would Club Demo Services be inside a Costco store handing out samples?

A. It's a company that provides demos.

Q. Okay. Does Costco hire the Club Demo Services to do demos for them?

A. I don't know.

Q. Don't know. Do Costco employees ever come and hand out samples of

25

things?

A. No.

Q. Okay. Couldn't give out those free samples? All right. Do you remember what this person was handing out that day who was outside the dairy cooler?

A. It was pet related.

Q. Okay. Have you ever spoken with Rhonda Mitts or her husband other than that conversation you've already told us about?

A. No.

Q. Do you know if they came back to the store after they had left the same day?

A. Yes.

Q. All right. And were you present when they came back?

A. No.

Q. All right. And who told you they came back?

A. Aubrey.

Q. Okay.

26

A. Wilee.

Q. Has anyone ever told you that they saw Rhonda Mitts fall?

A. No.

Q. All right. Are you aware of anyone else having slipped and fallen in that dairy cooler area of the Costco?

A. No.

Q. Did anyone ever complain about the floor being slippery in the dairy cooler area?

A. No.

Q. Let me just showed you what has been marked as Maiorano Exhibit 5.

A. Okay.

Q. And are these the Costco loss prevention procedures which --

A. Yes, they are.

Q. Okay. And were these in effect on July 13th, 2014?

A. Yes.

Q. All right. And looking at

27

the second page toward the bottom, protection of company assets, it indicates that for people doing floor walks due to their presence, observation, and enforcement of company rules, floor walkers also help minimize merchandise tampering and losses due to shoplifting; correct?

A. That's correct, yes.

Q. All right. So, is it correct that floor walkers have as one of their duties to keep an eye out for shoplifters?

A. No.

Q. Okay. Well, why would they be told that in this policy procedure manual?

MR. NAHRSTADT: Objection, that mischaracterizes what is stated in that section that you just read.

BY MR. KACZMAREK:

Q. Okay. Why would floor

28

walkers not keep an eye out or use observation for shoplifters?

A. We have a -- separate job duties for other employees that do that.

Q. Okay. So, there's another set of employees who go around keeping an eye out for shoplifters?

A. Yes.

Q. Okay.

MR. NAHRSTADT: So, don't try and pinch anything from a Costco.

THE WITNESS: Two separate jobs.

MR. KACZMAREK: Okay. I couldn't afford the membership I'm sure.

All right. I don't have any other questions.

MR. NAHRSTADT: None for me.

We will waive.

(FURTHER DEPONENT SAITH NOT.)

29

OBJECTION INDEX

OBJECTION MADE BY                    PAGE

MR. NAHRSTADT              17
MR. NAHRSTADT              18
MR. NAHRSTADT              28

31

EXAMINATION INDEX

WITNESS                    EXAMINATION
CRYSTAL HARPER
EX-BY MR. KACZMAREK           3

30

EXHIBIT INDEX

NUMBER                  MARKED FOR ID
NO EXHIBITS MARKED

* * *

32

Pages 29 to 32

DEPOSITION OF CRYSTAL HARPER – October 27, 2016

1

## A

aboveentitled
1:21
accident
13:9 15:20 21:17 22:1
actual
10:20 23:9
additional
9:17
address
3:18
afford
29:17
afternoon
15:9
ago
5:15
air
14:24
aisles
11:13
ana
5:22
answer
9:11 17:23 22:21
appear
19:19
appearances
2:1
area
14:15 17:11 20:9,24
22:24 23:3,18 24:10
25:7 27:7,12
areas
8:12
arm
18:24
arrived
16:1
asked
18:18
assets
28:2
assistant
5:12 7:21
attain
5:13
attained
4:7
aubrey
16:6,7 20:7 26:23
aubreys
16:9
available
14:2
aware
27:5

## B

back
6:5,7,15 26:15,19,22
bedford
7:2,3
began
5:2
beginning
11:10
benjamin
2:4
big
10:7
birth
3:22
body
19:23

bolingbrook
7:19
bottom
28:1
bradley
2:15
buckets
14:2
building
8:19 9:20 11:11,15

## C

c
2:15
california
5:22
called
5:8 11:12
caller
5:4,5,7
calls
17:22
carry
15:17
cartons
25:2
case
1:8
cashier
5:9
cause
1:21
cds
25:10,11
cellphone
14:18
chad
8:5
checking
11:23
chicago
1:23 2:8,18
civil
3:13
clean
14:3
clear
13:3
close
9:8,19
closed
9:18
club
25:12,13,19
college
4:9
come
25:24
company
25:16 28:2,6
complain
27:10
complete
4:13,14
concrete
17:12,13,16,18 18:6
conditioned
14:24
cones
13:23
constantly
12:19
continuous
22:9
continuously
10:22 11:23

conversation
16:4 18:13 26:11
cooler
16:18,22 17:11 20:4,24
21:12 22:24 23:3,18
24:10 25:7 26:7 27:7
27:12
corporation
1:10
correct
6:22 9:5 13:6,7,15 15:1
23:3 24:10 28:9,10
28:12
corrected
14:15
costco
1:10 4:22,24 5:17,21
6:3,9,18 7:3,6,11 8:2
8:6,20 9:23,24 10:7
10:15 13:21 14:6,11
20:19 21:6,21 25:14
25:18,23 27:8,18
29:13
couldnt
26:3 29:17
couple
24:2
court
1:1 9:14
coyote
16:13,14
croc
19:9,12
crocs
19:15
crystal
1:20 3:1,5,11,16 30:3
current
5:11

## D

dairy
16:18 17:11 20:4,24
21:12 22:24 23:3,17
24:9 25:7 26:7 27:7
27:12
dark
17:16 18:5
date
3:22 10:14
dawn
3:16
day
9:1 10:4 13:4 22:11
25:7 26:6,16
defendant
1:11 2:20
demo
25:12,13,19
demos
25:17,19
departments
11:16
deponent
29:24
deposition
1:20 3:1,11
describe
17:9 24:15
desk
22:14
different
24:8
discovery
1:20
district

1:1,1
division
1:1
doing
11:6 22:9 28:3
dont
13:20 19:14 21:2 22:15
25:21,22 29:12,19
door
11:12 23:2,6,9,13,14
due
28:4,8
duly
3:4,6
duties
7:22 28:13 29:4

## E

e
16:13
ears
3:24
eastern
1:1
education
4:7
effect
27:22
effner
8:5
eight
5:15
eighteen
7:7
employed
4:18
employee
25:10
employees
9:23 10:6 14:6,12,17
25:23 29:4,7
employment
4:24
enforcement
28:5
engaged
16:3
entity
21:9
entrance
11:11 23:8
examination
3:8 30:1,2
examined
3:6
exby
30:4
exhibit
20:12 21:13 27:15 32:1
exhibits
32:3
explain
10:23
eye
28:13 29:1,8

## F

fall
13:10 15:4,24 21:4
27:3
fallen
16:21 27:7
familiar
13:18 19:9
far
12:20 14:14

fat
24:23
federal
3:12
feet
10:10,12
field
4:10
fifteen
11:1
fill
13:8 21:16 22:1
filled
21:20
fine
18:19
first
3:6 5:2,20 6:12 15:23
floor
10:15,19,21,21 11:3
12:17 13:23 14:8
17:2 23:17 27:11
28:3,6,12,24
flooring
17:10
follow
14:14
follows
3:7
footage
21:4
forth
9:21
four
6:19
free
26:4
front
11:14,18 20:8
further
21:14 29:24

## G

general
5:12 7:21 8:1
give
26:3
given
14:18
glass
23:6
go
6:24 7:8 15:19 22:23
29:7
going
4:15
goodwin
1:22
gray
17:16 18:5,6
guidelines
12:22

## H

haley
1:22
half
4:8
hand
25:24
handing
25:6,15 26:6
hard
17:19 18:7
harper
1:21 3:1,5,12,16 30:3

hazard
14:8,20,22
hazards
8:11,17 12:16 13:22
help
28:7
highest
4:6
hire
25:18
holding
19:22
home
3:18
hours
8:24 9:17
husband
18:21 26:10

## I

ice
18:22
id
32:2
il
2:8,18
ill
3:23
illinois
1:1,23 3:20 6:4
im
4:1 13:16 20:11 29:17
immediate
20:9
immediately
14:16
incident
13:9 15:4,24 21:17
22:1
include
8:10,16
index
30:1 31:1 32:1
indicates
28:3
inhouse
21:10
inside
16:21 22:24 25:14
instruct
14:5
item
5:8
items
12:21 14:1

## J

job
22:13,14 29:3
jobs
29:15
july
7:24 8:21 9:7,24 10:13
12:24 15:1 27:22
june
6:6,15

## K

kaczmarek
2:5 3:9 4:4 18:3,11
22:19 28:23 29:16
30:4
keep
13:22 28:13 29:1
keeping

DEPOSITION OF CRYSTAL HARPER - October 27, 2016

2

29:8
kept
24:9
kind
12:16 13:8 14:7 17:10
17:14 19:3,6,16
21:17 23:5
kinds
24:8
kirkland
24:24
know
9:6 13:12,20 16:9
18:19 21:2,20 25:21
25:22 26:14

**L**

lane
3:19
lasalle
1:23 2:6
laugh
22:16
leak
25:2,3
learn
15:4,7
leaving
14:14
left
20:3 26:16
level
4:7
lipe
2:13
location
6:6 7:23 8:9,13 11:24
long
5:23 6:17 7:5 22:11
look
17:2 18:23
looked
5:21
looking
8:10,16 12:10,15,19
27:24
loop
11:2,8 22:9,23
loose
12:21
loss
27:19
losses
28:8
loud
9:11
low
24:23
lyons
2:13

**M**

m
9:3,4
main
11:13
maiorano
20:12 27:15
making
12:6
management
11:7 22:3,6,7
manager
5:12 7:21 8:1 16:2
managers

15:17
manual
28:18
manzie
13:19,19,19
mark
13:22
marked
20:11 27:15 32:2,3
mean
11:9
means
10:24
membership
29:17
merchandise
12:3,8 28:7
michael
2:5
milk
24:5,6,9,16,17,19,22,24
minimize
28:7
minutes
11:1
mischaracterizes
28:20
mitts
1:7 13:10 15:5 16:2,4
16:21 18:13 19:3,19
21:18 26:10 27:3
mittss
18:24 21:4
mmhm
6:23
monroe
2:16
month
23:23,24 24:2,3
months
7:7
mops
14:2
murphy
2:13

**N**

nahrstadt
2:14,15 3:23 17:21
18:8 22:15 28:19
29:11,21 31:4,5,6
name
3:15 16:10
nancy
13:18,19
naperville
3:20 5:18 6:4,9 8:2,21
9:24
needed
18:22
nonfat
24:23
north
1:22 2:6
northern
1:1
notice
1:24
number
32:2
numbers
5:9

**O**

objection

17:22 18:9 28:20 31:1
31:2
observation
28:5 29:2
october
1:22 3:2
okay
5:5,10,20,23 6:14 7:8
7:13,20,24 8:15 9:3
9:22 10:13,18 11:21
12:1,5 13:17,21
14:17,23 15:3,11,22
16:14 18:12,15,20,23
19:2 20:5,10 21:16
21:23 22:4,8,13,20
22:21 23:12,20 24:12
25:18 26:3,9,24
27:17,21 28:16,24
29:6,10,16
once
23:23,23
open
23:8,10
operate
21:7
organic
24:21,22
organics
24:24
outside
25:6 26:7
overseeing
7:23 8:8

**P**

p
9:4
page
28:1 31:2
pain
19:20
pardon
15:13
park
7:2,3
part
11:20 19:22
people
25:2 28:3
person
16:20 21:23 22:5 25:5
25:9 26:6
pet
26:8
phonetic
8:5
photo
20:9,14
photocopy
20:13
photos
20:17
pick
25:3
picture
21:12
pinch
29:12
place
12:3
placed
12:9
plaintiff
1:8 2:10
plastic
23:6

please
18:2
plug
3:24
point
15:3
policies
8:13
policy
28:17
political
4:11
pontikis
2:14
position
5:3,11,14
positioned
16:24
presence
28:4
present
26:19
prevention
27:19
previously
20:12
procedure
3:13 12:20 28:18
procedures
27:19
properly
12:9
protection
28:2
protocol
11:20,22 14:13
protocols
8:14
provides
25:17
pull
9:20
pursuant
1:24 3:12

**Q**

questions
29:20

**R**

racetrack
11:13,17
radio
15:15,16,17
rain
13:4
read
28:22
reason
11:22
recall
8:24 9:22 12:23 19:2
19:14,16
record
3:10,15
regard
13:10 21:18
regarding
15:5
related
26:8
remember
26:5
report
13:9 14:19 21:18 22:2
reporter

9:14
representing
2:10,20
responsibility
21:24
rhonda
1:7 13:10 15:5 16:21
18:13,24 19:3,19
21:4,18 26:10 27:3
ridgefield
3:19
right
3:17,21 4:12 6:2,11,16
6:20 7:5 9:6,15 11:15
14:10 16:15 17:6
20:1,23 21:6,11
23:15 26:4,18,21
27:5,24 28:11 29:19
route
5:17
rubber
19:7
rules
3:13 28:6

**S**

safety
13:23
saith
29:24
samples
25:6,15,24 26:4
sandal
19:8
sandals
19:10,13
santa
5:22
save
20:10
saw
14:20 27:3
scene
15:20 16:17,17
schaumburg
7:10,11
school
4:13,16
science
4:11
second
28:1
section
28:21
see
13:18 17:3,7,20 18:7
19:1
seeing
12:2
seen
21:3 23:16
separate
29:3,15
services
25:12,14,19
set
29:7
shapiro
2:4
sheen
17:14
shoes
19:3,6
shoplifters
12:11 28:14 29:2,8
shoplifting

28:8
show
3:10
showed
27:14
showing
20:11
side
11:15
slip
8:11,16 12:16
slipon
19:7
slipped
17:4 27:6
slippery
27:11
south
5:17
soy
24:19
speculation
17:22
spelled
16:12
spill
14:3
spilled
24:5
spills
23:16
spoken
26:9
spot
17:19 18:6,7
spots
23:17
square
10:11
staff
11:7 22:3,6,7
standing
17:1
start
6:3 11:10
state
3:14
stated
18:21 28:21
states
1:1
stay
14:21
stepped
20:3,8
store
5:17,21,24 8:21 9:8,18
10:8,16 14:24 20:19
20:21 22:10,23 25:14
26:15
street
1:23 2:6,16
suite
1:23 2:7,17
summer
4:17
sunday
9:7 15:10
sure
12:6 13:16 18:4 29:18
surgery
22:17
surveillance
20:20 21:1,7
sworn
3:4,6

DEPOSITION OF CRYSTAL HARPER - October 27, 2016

3

system
20:20 21:1,8

**T**

take
14:23 20:16
taken
1:21 3:12
takes
9:19
tampering
28:7
teasing
4:2
tell
14:11
terms
14:6
testified
3:7
thats
12:21 28:10
theres
12:2 24:8 29:6
things
8:10 12:2,6,11 13:22
26:1
think
7:15 24:18
three
4:8 6:1 9:17 23:24
tills
9:20
time
4:19 6:12 9:19 20:10
times
23:24 24:2,3
title
5:3
told
15:12,14,23 26:12,21
27:2 28:17
trip
8:11,17 12:16
try
29:12
two
7:14 24:2 29:14
type
8:17 15:18
types
24:15

**U**

united
1:1
unsure
21:22
use
21:8 29:1
usually
24:5

**V**

vicinity
11:2
video
20:20,24 21:4,7
vs
1:9

**W**

waive
29:23
walk

10:19,21 11:14
walked
20:7
walkers
28:6,12 29:1
walkietalkie
14:19 15:18
walking
10:15
walks
22:10,23 28:4
way
11:17
wearing
19:4,12
weather
12:24
week
23:23
went
6:15
west
2:16
wet
17:18 18:6,7 23:16
white
24:17
wholesale
1:10 4:22,24
wi
16:12
wile
16:13
wilee
16:11 27:1
wish
22:18,20
witness
3:3 4:1 18:1,10 22:18
29:14 30:2
work
5:24 6:12
worked
5:16 6:8
working
6:3 9:23
wouldnt
10:20

**X**

**Y**

years
4:8 5:15 6:1,19 7:14
yep
7:17
young
4:6
younger
4:5
youve
4:7 26:11

**Z**

**0**

00
9:2,3,9
000
10:11

**1**

11
9:2,3
12

4:3
1320
5:17
13th
8:21 9:7,24 10:13
12:24 27:22
145
10:6
146
10:9,11
15cv5788
1:9
17
31:4
18
31:5
180
1:22 2:6
1984
5:1

**2**

2003
6:13,18
2007
6:22
2013
6:6,15
2014
7:24 8:22 9:7 10:1,14
12:24 15:1 27:22
2016
1:22 3:2
2260
2:17
230
2:16
2600
1:23 2:7
27
1:22 3:2
28
31:6

**3**

3
15:9 20:12 21:13 30:4
30
9:2,3 15:9
306
3:19
312
2:9,19

**4**

4486235
2:19

**5**

5
27:16
59
5:18

**6**

6
4:3 9:9
60565
3:20
60601
2:8
60606
2:18
61
4:3

6415944
2:9

**7**

**8**

83
4:17

**9**

9
9:2,3