DEFENDANT'S
EXHIBIT

H
tabbies®

30746.000300

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RHONDA MITTS,                          )
                                       )
            Plaintiff,                 )       No. 16 cv 5788
      v.                               )
                                       )
                                       )
                                       )
COSTCO WHOLESALE CORPORATION,          )
                                       )
            Defendant.                 )

## AFFIDAVIT

I, Crystal Harper, am over the age of 18 and capable of making this Affidavit. I have personal knowledge of, and can testify competently to the truth and accuracy of the facts stated below:

1. I am the Assistant General Manager at the Costco warehouse in Naperville, Illinois.

2. As the Assistant General Manager, I am familiar with the policies and procedures of Costco Wholesale Corporation.

3. Every hour that the store is open, a Costco employee is responsible for performing a floor walk.

4. The floor walks are conducted as close to the top of the hour as possible, depending on employee availability, customer demands and store volume.

5. The floor walk consists of a visual inspection of all areas of the store, including the dairy and egg cooler.

6. When the employee is performing the floor walk, he or she is responsible for filling out a Daily Floor-Walk/Safety Inspection sheet.

{00171500}

7. The Daily Floor-Walk/Safety Inspection sheet is a business record of Costco Wholesale Corporation.

8. The Daily Floor-Walk/Safety Inspection sheet is made and kept in the regular course of the business of Costco Wholesale Corporation.

9. It was the regular course of the business of Costco Wholesale Corporation to make such a record at the time of the acts, transactions, occurrences and events contained within the Daily Floor-Walk/Safety Inspection sheet.

10. The document attached hereto as Exhibit 1 for identification is a true and correct copy of the Daily Floor-Walk/Safety Inspection sheet for July 13, 2014.

_____
Crystal Harper

Subscribed and sworn to before

me this ___10th___ day of ___January___, 201_7_.

_____
Notary Public

"OFFICIAL SEAL"
MARIA BERARDI
Notary Public, State of Illinois
My Commission Expires 04/03/17

{00171500}

LOCATION: 342

**Daily Floor-walk / Safety Inspection**

DATE: 7-13-14

Inspect every aisle for unsafe conditions and potential hazards by physically walking down congested aisles, or visually inspecting unobstructed aisles. Report critical issues immediately.

Place a check mark in each box to indicate that no hazards exist. If something requires a manager's attention, indicate it by writing a "P" (Problem) in the corresponding box, then review with the Duty Manager ASAP.

| Time Period | 10 am | 11 am | 12 pm | 1 pm | 2 pm | 3 pm | 4 pm | 5 pm | 6 pm | 7 pm | 8 pm |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Zone 2 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Zone 3 | | | | ✓ | | ✓ | | ✓ | | | |
| Zone 4 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Temp. Log (verified) | | ✓ | | ✓ | | | ✓ | | | | |

**Pharmacy temperatures (US locations ONLY) - If temperatures are out of range, notify the Pharmacy Manager ASAP**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Refrigerator 35-46 degrees F | | | | | | | | | 38 | | |
| Freezer 5 degrees F or below | | | | | | | | | -14 | | |

| Zone 1 - Vestibule / Front End Area | | Zone 2 - Sales Floor (Foods, Center, Hardlines) | |
|---|---|---|---|
| Trash, spills & trip hazards | Restrooms (both) | Trash, spills & trip hazards | Unattended pallet jacks |
| Electrical hazards | | Electrical hazards | Walk-in coolers |
| Emergency exits | | Emergency exits | Demo areas |
| Optical | | Merchandise issues | Display safety |
| Entrance / Exit | | Road shows | Jewelry / Alarmed displays |
| Zone 3 - Receiving Area | | Zone 4 - Building Specific | |
| Trash, spills & trip hazards | Compactors | | |
| Electrical hazards | Re-wrap machine | | |
| Emergency exits | RTV | | |
| Safe stacks / storage | Receiving doors | | |
| Roof hatch (visual) | Eye wash station/ shower clear | | |
| Overhead heaters | | | |

**ACTION LOG**   Record unresolved hazards indicated above

Zone 3

| Issue | Action Taken | Resolved By |
|---|---|---|
| 519 *(handwritten)* | *(handwritten)* | *(signature)* |
| | | |
| | | |
| | | |
| | | |
| | | |

| Begin Time | 10:02 | 10:55 | 12:01 | 1:07 | 1:15 | 2:53 | 4:07 | 5:00 | 5:52 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| End Time | 10:15 | 11:22 | 12:12 | 1:40 | 2:28 | 3:20 | 4:17 | 5:25 | 6:07 | | |
| Inspector's Last Name (print legibly) | Avers | Khan | Styk | Avers | *(sig)* | *(sig)* | Khan | *(sig)* | Styk | | |
| * Inspector's Initials | BK | BK | QS | QG | *(sig)* | *(sig)* | QK | QN | YS | | |
| * Your initials (above) indicate that all zones/areas have been inspected and safety issues are addressed | | | | | | | | | | | |
| Duty Mgr Initials | *(sig)* | *(sig)* | *(sig)* | *(sig)* | *(sig)* | *(sig)* | *(sig)* | *(sig)* | *(sig)* | | |

Form #SC03 11/13 (Retention = Indefinite legal hold)    Use back of page if necessary ▶▶

EXHIBIT 1

on# 342

| Period | Temp. Zone | Zone 7 - Refrigeration Temperatures | | | | | | | Date: 7-13-14 |
|---|---|---|---|---|---|---|---|---|---|
| | | 9am | 11am | 1pm | 3pm | 5pm | 7pm | 9pm | |
| Actual Time Began | | 8:55 | 10:58 | | 12:53 | 5:00 | | | |
| Food Court Condiments | Clean? | | | | ✓ | | | | |
| Food Court Cooler | 34° F | 33.0 | 37.5 | 33.0 | 40.0 | 36.0 | | | |
| Food Court Hot Pizza Case | >140° F | | 155.0 | 122.0 | 161.0 | 166.0 | | | |
| Coffin Case #1 Chicken | 28° F | 27.5 | 27.5 | 29.0 | 38.5 | 35.0 | | | |
| Coffin Case #2 Pies | 28° F | 28.0 | 27.5 | 35.0 | 30.5 | 28.0 | | | |
| Bakery Freezer | 0° F | 0.0 | 1.0 | 5.0 | | | | | |
| Bakery Cooler | 35° F | 35.0 | 35.5 | 35.0 | 35.0 | | | | |
| Large Bakery Cake Case | 32° F | 30.0 | 36.5 | 37.0 | 34.0 | | | | |
| Bakery Special Order Case | 38° F | 38.0 | 43.5 | 36.0 | 43.0 | | | | |
| Meat Prep Area | 50° F | 49.5 | 60.0 | 49.0 | 40.0 | 33.0 | | | |
| Meat / Deli Rear Cooler | 28° F | 28/26 | 29/21 | 27/21 | 30/35 | | | | |
| Meat Case Fresh # 1 | 28° F | 27.5 | 31.5 | 29.0 | 35.5 | 31.0 | | | |
| Meat Case Fresh # 2 | 28° F | 26.5 | 27.5 | 26.5 | 28.0 | 27.0 | | | |
| Meat Case Fresh # 3 | 28° F | 26.0 | 29.5 | 29.5 | 30.0 | 28.5 | | | |
| Meat Case Fresh # 4 | 28° F | 26.0 | 24.5 | 28.0 | 29.0 | 37.5 | | | |
| Meat Case Fresh # 5 | 28° F | 25.0 | 27.0 | 21.5 | 28.0 | 27.0 | | | |
| Meat Case Fresh # 6 | 28° F | 28.0 | 31.5 | 30.0 | 33.5 | 30.5 | | | |
| Meat Case Fresh # 7 | 28° F | 25.0 | 30.5 | 29.0 | 30.5 | 33.0 | | | |
| Meat Case Fresh # 8 | 28° F | 27.5 | 26.5 | 21.0 | 35.0 | 27.0 | | | |
| Meat Case Fresh # 9 | 28° F | 28.5 | 28.5 | 30.0 | 31.0 | | | | |
| Produce Cooler (Shop -In) | 40° F | 38.0 | 41.0 | 31.5 | 38.0 | 36.0 | | | |
| Dairy Cooler (Shop -In) | 34° F | 36.5 | 34.0 | 34.0 | 33.0 | 37.0 | | | |
| Deli Prep Room | 50° F | 49.0 | 50.5 | 47.0 | 53.0 | 53.0 | | | |
| Deli Cases (Dept. 19) #1 | 28° F | 32.0 | 34.5 | 52.0 | 35.0 | 37.0 | | | |
| Deli Cases (Dept. 19) #2 | 28° F | 31.0 | 29.5 | 34.5 | 38.5 | 36.0 | | | |
| Deli Cases (Dept. 19) #3 | 28° F | 30.0 | 35.5 | 18.5 | 29.0 | 35.0 | | | |
| Deli Cases (Dept. 19) #4 | 28° F | 31.0 | 28.5 | 47.5 | 32.5 | 32.0 | | | |
| Deli Cases (Dept. 19) #5 | 28° F | 33.0 | 26.0 | 28.5 | 30.5 | | | | |
| Deli Cases (Dept. 19) #6 | 28° F | 25.0 | 23.5 | 31.5 | 29.0 | 23.0 | | | |
| Deli Cases (Dept. 19) #7 | 28° F | 25.0 | 24.0 | 31.5 | 30.5 | | | | |
| Deli Cases (Dept. 19) #8 | 28° F | 25.0 | 24.5 | 31.5 | 34.5 | | | | |
| Deli Cases (Dept. 19) #9 | 28° F | 28.0 | 23.5 | 28.0 | 29.0 | 30.0 | | | |
| Deli Cases (Dept. 19) #10 | 28° F | 25.0 | 30.0 | 35.5 | 27.0 | | | | |
| Deli Cases (Dept. 19) #11 | 28° F | 34.0 | 33.0 | 29.0 | 30.0 | | | | |
| Deli Cases (Dept. 19) #12 | 28° F | 33.0 | 34.0 | 28.0 | 29.5 | 34.5 | | | |
| Deli Cases (Dept. 19) #13 | 28° F | 33.0 | 42.0 | 30.0 | 31.5 | | | | |
| Deli Cases (Dept. 19) #14 | 28° F | 32.0 | 33.5 | 38.0 | 29.5 | 24.0 | | | |
| Deli Cases (Dept. 63) #1 | 28° F | 28.0 | 25.0 | 28.0 | 24.0 | | | | |
| Deli Cases (Dept. 63) #2 | 28° F | 28.0 | 26.0 | 27.0 | 26.0 | 24.0 | | | |
| Deli Cases (Dept. 63) #3 | 28° F | 21.5 | 24.5 | 29.0 | 27.5 | 26.5 | | | |
| Rotisserie Chicken / Case | >140° F | | 152.5 | 150.0 | 159.0 | 146.0 | | | |
| POS Freezer (Drive-In) D18 | 0° F | 8.5 | 5.0 | -7.0 | -6.0 | | | | |
| POS Bulk Wall Freezer D18 | (-10)° F | -1.0 | 5.0 | -5.0 | -8.5 | | | | |
| POS Cooler D17 | 34° F | 35.0 | 45.5 | 40.0 | 38.0 | 26.0 | | | |
| Flower Cases | 37° F | 38.0 | 46.0 | 56.0 | 43.5 | 46.0 | | | |
| Refrigeration Truck on Dock | 36° F | | | | | | | | |
| Meat Case Product | 40° F | 39.0 | 41.0 | 41.0 | 35.5 | 41.0 | | | |
| Deli Case Product | 40° F | 34.0 | 33.0 | 34.0 | 40.0 | 34.0 | | | |
| Dept 17 Cooler Product | 40° F | 34.5 | 36.5 | 39.0 | 31.5 | 37.0 | | | |
| Dept 19 Cooler Product | 40° F | 35.5 | 35.5 | 33.0 | 24.0 | 34.0 | | | |
| Break Room Employee Cooler | 36° F | 42.0 | 58.0 | 48.0 | 36.0 | 34.0 | | | |
| Actual Time Finished | | 9:20 | 11:22 | 1:10 | 9:20 | 5:45 | | | |
| Inspector's Last Name | | Ayers | Khan | | | | | | |
| Duty Manager's Initials | | | | | | | | | |

Form #SC03aUS 03/11  These are MAXIMUM allowable temperatures.