DEFENDANT'S EXHIBIT
I

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RHONDA MITTS, )
　　Plaintiff, ) Case No.
vs. ) 15-CV-5788
COSTCO WHOLESALE CORPORATION, )
　　Defendant. )

The discovery deposition of MARY MAIORANO taken in the above-entitled cause before Haley Goodwin on October 27, 2016 at 180 North LaSalle Street, Suite 2600, Chicago, Illinois, pursuant to notice.

---

APPEARANCES:

BENJAMIN & SHAPIRO, LTD.
BY:　MICHAEL KACZMAREK
　　180 NORTH LASALLE STREET
　　SUITE 2600
　　CHICAGO, IL 60601
　　(312) 641-5944
　　Representing the Plaintiff;

LIPE LYONS MURPHY
NAHRSTADT & PONTIKIS, LTD.
BY:　BRADLEY C. NAHRSTADT
　　230 WEST MONROE STREET
　　SUITE 2260
　　CHICAGO, IL 60606
　　(312) 448-6235
　　Representing the Defendant.

---

POSITION OF MARY MAIORANO
OCTOBER 27, 2016

(Whereupon, the witness was duly sworn.)

　　MARY MAIORANO, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. KACZMAREK:

Q.　Let the record show this is the deposition of Mary Maiorano taken pursuant to notice, the applicable federal rules of Civil Procedure, and is set for today.

　　Would you state your name for the record?

A.　Yes.　Mary Hart Maiorano, H-a-r-t.

Q.　What is your home address?

A.　19 Pepperidge Road, one word, Pepperidge, Naperville, Illinois, 60540.

Q.　What is your date of birth?

A.　5/3/60.

---

Q.　What is the highest level of education you've attained?

A.　A year of secretarial school, so a year of college.

Q.　And when was that; what year?

A.　1978, '79.

Q.　Are you employed at this time?

A.　Yes, I am.

Q.　By whom?

A.　Costco Wholesale.

Q.　When did you begin your employment with Costco Wholesale?

A.　June 1st of 2014.

Q.　All right.　And what is your title or position?

A.　I am a business developer in the marketing department.

Q.　Has that always been your position, or have you had other positions with Costco?

A.　I was in a different position when I was initially hired.

Q. What was that position?
A. That was -- member services was my department.
Q. Is that a managerial position?
A. No.
Q. And what were your duties as someone employed with member services for Costco?
A. So, my first duties were when you enter our store, you are to -- the members are to have their card out. That is their membership card to show to the door person. So, I would be the door person coming in the door to make sure that you showed me your membership card. And at the same time we also click the amount of people that come in the door, so we check your ID and we click you in.
Q. Okay. Was that the position you had on July 13th, 2014?
A. Correct.

Q. All right. Had you ever done anything along the lines of floor inspections between June 1, 2014 and July 13, 2014?
A. Correct.
Q. All right. And how often would you do floor inspections?
A. We do them on the hour.
Q. Now, you have provided some documents, and now maybe we should have these marked as soon as I find it here.
     Why don't we mark this Maiorano Exhibit 1?
     (Whereupon, MAIORANO Deposition Exhibit No. 1 was marked for identification.)
BY MR. KACZMAREK:
Q. All right. Showing you and your attorney what has been marked as Maiorano Exhibit 1, is -- can you identify what this document is?
A. Yes. As it states, daily floor walk safety inspection for July

13th of 2014, so floor walk safety inspection.
Q. All right. And just for the record, this was the Costco store at 1320 South Route 59 in Naperville; correct?
A. Yes.
Q. All right. Did you always work at that store?
A. Yes.
Q. Okay. And is any part of this Exhibit 1 in your handwriting?
A. Yes.
Q. What part?
A. On the bottom underneath the checkmarks for 3:00 p.m. walk are mine, and then the information of the begin/end time at 2:53, 3:20, that is my signature underneath that, and my initials.
Q. Okay. Now, where was the dairy cooler; in what zone was that?
A. The dairy cooler is in Zone 2, sales floor, parenthesis, food

centers hardlines, walk-in coolers.
Q. Okay. So, if I'm understanding this correctly, you would have begun your daily floor walk at 2:53 p.m. and completed it at 3:20 p.m.; correct?
A. Correct.
Q. All right. Where would you have started; in what zone?
A. Okay. So, we start in Zone 1.
Q. Okay. What's in Zone 1?
A. Our trash, spills, any trip hazards, any electrical hazards, the emergency exit doors, the optical department. But we are standing at the entrance and exit, so we would start there obviously.
Q. All right. Would someone relieve you from your front door duties --
A. Yes. We have a rotation.
Q. Okay.
     MR. NAHRSTADT: All

right. Let Mike finish his question before you start to answer --

THE WITNESS: Okay.

MR. NAHRSTADT: -- okay, and he'll let you finish answering before he asks the next question.

THE WITNESS: Okay.

MR. NAHRSTADT: It's very hard for Haley to get everything down when you guys interrupt each other, so --

THE WITNESS: Okay.

BY MR. KACZMAREK:

Q. All right. How long would it have taken you to inspect Zone 1?

A. Five minutes.

Q. All right. And where did you proceed after that?

A. Zone 2.

Q. All right. And Zone 2 has the dairy coolers; correct?

A. Correct.

Q. Okay. And how long did

9

you spend examining Zone 2?

A. Can't say for sure, but that is a more detail oriented area, so I would say fifteen, twenty minutes.

Q. What's all in Zone 2?

A. Trash, spills, trip hazards.

Q. But your store is not selling -- we got those things. What is the store selling in Zone 2?

A. Jewelry. The jewelry case. The coolers. The demo areas where we do sell product. The walk-in coolers.

Q. Had you inspected Zone 2 on days prior to July 13th, 2014?

A. Correct.

Q. Were you working full-time five days a week in July?

A. I was part-time.

Q. Part-time.

How many days a week did you work?

A. Anywhere between -- I can't

10

go by days. I can go by hours.

Q. Okay. How many hours a week were you working back then?

A. Twenty-four to thirty-four depending on the needs of the business.

Q. Did you have a set schedule when you'd come in, or would it change day to day?

A. Set schedule.

Q. And what were your hours then in July of --

A. I couldn't tell you. I don't remember.

Q. All right. But you recall you were there at -- certainly at 2:53 p.m.; correct?

A. Mm-hm.

Q. Would you usually start in the morning or afternoon?

A. Whatever my manager needed.

Q. Okay. Now, in the prior times when you had been in the dairy cooler area, had you ever seen

11

anything on the floor such as spills?

A. Never.

Q. Okay. What's the floor like in the dairy cooler area?

A. I don't understand what you mean.

Q. Is it tile; is it concrete; is it wood? What kind of a floor is it?

A. Concrete.

Q. Does that concrete have any kind of a sheen to it?

A. I couldn't tell you.

Q. When was it that you changed from the entry duties to the business developer in the marketing department?

A. February or March of 2015.

Q. Okay. So, between June 1st, 2014 and February or March of 2015 were you always that member services person?

A. Correct.

12

Q. Okay. Was there a manager on duty on July 13th, 2014?

A. Yes.

Q. Who was that?

A. I have no idea.

Q. Was there an assistant manager?

A. Yes.

Q. Who was that?

A. No idea.

Q. Okay. Who would you report to in July of 2014?

A. Shonda (phonetic).

Q. Do you know Shonda's last name?

A. I think it's Stevenson (phonetic). I'm not really sure. Or Severino (phonetic). I'm not sure.

Q. I don't think I have that name.

Do you recall any of the other employees who were on duty at Costco Wholesale on July 13th,

13

2014?

A. In the whole store?

Q. Right. Do you remember any individuals?

A. On that day?

Q. Yes.

A. No.

Q. Okay. Was Crystal Harper there?

A. I don't know.

Q. Okay. Do you know if Nancy Manzie was there?

A. I never know -- heard that name before.

Q. Okay. All right. When you did your inspection, did you also check for temperatures in the cooler area?

A. Yes, sir.

Q. Let's mark this then as Maiorano Exhibit 2.

(Whereupon, MAIORANO Deposition Exhibit No. 2 was marked for identification.)

14

BY MR. KACZMAREK:

Q. Okay. Showing you and your attorney what has been marked as Maiorano Exhibit 2, what is that document?

A. This is the document that we carried with us in order to log the temperatures of coolers and freezers.

Q. And is any part of this document in your handwriting?

A. Yes.

Q. What part?

A. The 3:00 p.m.

Q. All right. I don't see a 3:00 p.m. Is it --

A. Up at the top.

Q. Okay. All right. So, the printed 3:00 p.m., is that entire column in your handwriting?

A. Yes.

Q. And are those your initials at the bottom?

A. Correct.

15

Q. Do you recall what the weather was like on July 13th, 2014?

A. No, sir.

Q. You recall if it was raining that day?

A. No, sir.

Q. If you were to have found say a spill of something on the floor, what kind of things were you to do about that?

A. I would stand over that spill, and I would wait there allowing nobody to come near that spill. I would stand there until I saw a coworker that could assist me in wiping up that spill, but my primary duty would be to stand and protect the area and allow no members to come near that area.

Q. Did you have any kind of a communication device like a walkie-talkie or a cellphone?

A. No, sir.

Q. Did you have any tools like

16

buckets, mops, or safety cones?

A. There are safety cones throughout the store, but no, sir, that I'm -- do I carry them on my person; is that --

Q. No, I'm just asking if they were available to you if you wanted --

A. Yes.

Q. All right. So, there were safety cones around.

Was there a bucket and a mop that you could have used?

A. I don't recall.

Q. Did you ever clean up any spills with a bucket or a mop or any other -- paper towels or anything else?

A. I don't recall.

Q. Would that be something you would do, or would you ask somebody else to clean it up?

A. Depends.

Q. Okay. What does it depend

17

on; size, time? What does it depend on?

A. It would depend on the site -- I mean, if it's the size of a quarter and I had something in my hand or I could wipe it down, it -- you know, a small spill I could handle, I would do it.

Q. Okay. Would you take anything with you like a rag or paper towels when you'd walk around?

A. Sometimes.

Q. So, sometimes you would clean it up yourself if it was just a small area?

A. Yes.

Q. If it was a large area, would you -- would there be like a janitor who you would call or somebody to come clean it up?

A. If it was a -- I don't know what you mean if it was a large area. I mean --

Q. Okay.

18

A. -- I would stand by the spill. That would be my first thing is to protect the members, not to come near whatever was on the floor.

Q. I'm assuming that store is air conditioned; correct?

A. Correct.

Q. And the temperatures in the dairy cooler area are shown in Exhibit 2; correct?

A. Yes, correct.

Q. All right. Why don't we mark this as Exhibit 3?

(Whereupon, MAIORANO Deposition Exhibit No. 3 was marked for identification.)

BY MR. KACZMAREK:

Q. Okay. Showing you and your attorney what has been marked as Exhibit 3 for Maiorano deposition, do you recognize what this is a photo of?

A. Yes.

Q. All right. And is it the

19

dairy cooler area in the Costco in Naperville?

A. It looks very similar.

Q. Okay. What kind of items are kept in that dairy cooler?

A. Milk and eggs.

Q. Is there any kind of a doorway that you have to go through to get into this dairy cooler area?

A. Yes.

Q. All right. And where would it be in relation to the items shown in the picture?

A. This picture would have been taken from that doorway.

Q. Okay. So, this picture was taken from the doorway looking into the cooler area; correct?

A. Yes.

Q. Now, the -- going back to Exhibit 2, the refrigeration temperatures for the dairy cooler shop-in area you recorded at 3:00 p.m. at thirty-two degrees; correct?

20

A. Correct.

Q. And that's thirty-two degrees Fahrenheit?

A. Correct.

Q. Do you know who entered these other entries at 1:00 p.m. and 5:00 p.m.?

A. No, I do not.

Q. Okay. No other entries on that Exhibit 2 are from you other than under the 3:00 p.m. column; is that correct?

A. Correct.

Q. Is there ever condensation on the merchandise that is kept in the dairy cooler area?

A. No.

Q. Looking at these milk cartons, has there ever been times where there would be spilling or leakage from those milk cartons?

A. No.

Q. Is the dairy area about the same as the other areas of the store

21

in terms of any kind of slip and fall hazards?

A. Correct.

Q. Is there a video surveillance system in this Costco store?

A. I believe so.

Q. Okay. Do you know if there are any cameras that are pointed toward this dairy cooler area?

A. I do not know.

Q. Let's go to Exhibit 4.

(Whereupon, MAIORANO Deposition Exhibit No. 4 was marked for identification.)

BY MR. KACZMAREK:

Q. Okay. Showing you and your attorney what has been marked as Maiorano Exhibit 4, does that appear to be a color photograph of the floor of the dairy cooler area?

A. I guess.

Q. Okay. Well, have you ever

22

seen anything like this white milk spill that is shown in the photograph on the floor in the --

A. No.

Q. -- dairy cooler area?

A. No.

Q. And looking at this photograph now, does it appear that the floor has a -- concrete has a kind of a sheen to it?

A. Not at all.

Q. Okay. Would it be hard to see if the floor was wet unless you were looking directly at the wet spot?

MR. NAHRSTADT: Objection, calls for speculation.

You can answer if you can, Mary.

THE WITNESS: Don't know.

BY MR. KACZMAREK:

Q. Now, on July 13th of 2014 was there someone who was handing

23

out samples just outside the dairy cooler area?

A. I don't remember.

Q. Okay. Do you remember if that person would have been a Costco employee or someone else?

A. I do not remember. I do not know.

Q. And you probably don't remember, but do you remember what they were giving out?

A. No, sir.

Q. Okay. Now, at some point did you learn that someone had fallen by the dairy cooler area?

A. No, sir.

Q. Okay. Do you remember when you went home that day?

A. Do I remember when I went home that day?

Q. Right. When your shift ended, when you would have went home.

A. No.

24

Q.   Did anyone at Costco ever tell you that someone had fallen by the dairy cooler area?

A.   No, sir.

Q.   All right.  Did you ever go back and see if someone had fallen in the dairy cooler area?

A.   No, sir.

Q.   Okay.  Did you ever speak with anyone who said that they had fallen in the dairy cooler area?

A.   No, sir.

Q.   Okay.  These are obvious questions, but I'll ask them anyway.

Do you remember what kind of shoes or sandals anyone was wearing who may have fallen in the dairy cooler area?

A.   No, sir.

Q.   All right.  Did you ever learn from, not on that date, but anytime since that someone had fallen in the dairy cooler area?

A.   When I found out about

25

this.

Q.   Okay.

MR. NAHRSTADT:  When she knew she was going to have to come see you, Mike.

THE WITNESS:  Yeah, or two years -- you know, two years later I found out that this is -- okay.

BY MR. KACZMAREK:

Q.   Okay.  Did you provide any kind of assistance to anyone who had fallen in the dairy cooler area afterward?

A.   It's never happened.

Q.   Okay.  Did you see any wet spots or wet areas in the dairy cooler area on July 13th, 2014?

A.   No, sir.

Q.   To your knowledge, has anyone ever fallen in the dairy cooler area?

A.   No, sir.

Q.   Has anyone ever complained

26

to you about the floor being slippery in the dairy cooler area?

A.   No, sir.

Q.   Now, when you do these walks, do you also look for shoplifters?

A.   No.

Q.   Okay.  What else do you look for, if anything, other than what you've already told us?

A.   I am looking to make sure our pallets, if -- you know, if I'm doing my walk and I might see the peaches maybe, you know, need to be fixed or I need to get a merch over to do something, I will walk and tell one of my merchandisers that -- you know, if I'm asked by a member do I know where the cheese is at, I would direct the member to where the cheese is at.  But you're -- the walk is the walk, so unless it's a member asking me something specific and I know I can help them I would

27

say, well, it's in the Aisle 101.  But other than that I'm on a walk, and that's all I'm focused on.

Q.   Let's have this marked as Maiorano Deposition Exhibit 5.

(Whereupon, MAIORANO Deposition Exhibit No. 5 was marked for identification.)

BY MR. KACZMAREK:

Q.   All right.  Showing you and your attorney what has been marked as Maiorano Exhibit 5, have you ever seen this document before?

A.   Yes, sir.

Q.   All right.  And this is the Costco loss prevention procedures manual dealing with warehouse; correct?

A.   Correct.

Q.   If there had been something on the floor such as a spill, would you have documented that or checked that on your daily floor walk sheet?

A.   Correct.

28

Q. Okay. Now, for floor walks, it indicates that floor walks are an essential element in the control of shrink markdowns and in the reductions of injuries and liability claims.

What is shrink?

A. I don't know.

Q. Okay. What are markdowns?

A. When we mark down an item to sell it quicker.

Q. Okay. So, in your doing floor walking, would you ever go around and mark down items?

A. No.

Q. Okay. Looking at Page 2 toward the bottom of Exhibit 5, it indicates under protection of company assets due to their presence, observation, and enforcement of company rules, floor walkers also help minimize merchandise tempering and losses due to shoplifting.

Were you familiar with

29

that as part of the loss prevention policies of Costco?

A. Not really.

Q. Okay. When you've ever done your floor walks, have you ever kept an eye out for any shoplifting?

A. No.

Q. When you work for Costco, you have a Costco uniform on; correct?

A. No.

Q. What do you have on?

A. What I'm wearing.

Q. Just ordinary clothes?

A. Mm-hm.

Q. How do people identify you as a Costco employee?

A. My name badge.

Q. Okay. And you wear your name badge when you're on duty at Costco?

A. Yes, sir.

Q. Do you carry tape with you to repair damaged curtains when you

30

do your walks?

A. No.

Q. Have you ever done it?

A. No.

Q. Have you ever filled out an accident report for any accidents occurring at Costco?

A. No.

Q. Was that 3:00 p.m. walk the only walk you did that day at the Costco?

A. Correct.

Q. Do you recognize the initials of any of the other people on that chart, or names?

A. Names I do recognize, yes.

Q. Okay. Who are the other people who did walks that day?

A. Full name that I know these people by?

Q. Sure.

A. Barb Avers (phonetic), Sam Cohn (phonetic), Paul Styka (phonetic), Barb Avera, Tracy Mersick

31

(phonetic), me, Sam -- I cannot make out that writing. I don't know if that's my eyes or what, but I don't know -- I can't make that out. And then Paul closed.

Q. And did the store close at 6:00 p.m.?

A. I don't know.

Q. What -- that would have been a Sunday --

A. Correct.

Q. Okay. So, would it have usually closed at 6:00 on a Sunday?

A. Correct.

Q. Would that 3:00 p.m. floor walk that you did have been the only time you were in the dairy cooler area on March 13th, 2014?

MR. NAHRSTADT: You mean July?

BY MR. KACZMAREK:

Q. July. I'm sorry, July 13th, 2014?

A. Yes.

32

Pages 29 to 32

Q. Okay. All right. At any time have you spoken with Rhonda Mitts or her husband Michael Mitts?

A. I don't know who that is.

Q. Okay. Have you ever spoken with anyone who claimed they'd fallen at a Costco in July of 2014?

A. No, sir.

Q. What is the ceiling like above the dairy cooler area?

A. I'm not -- I don't know.

Q. Okay. Do you know what it's made of; tile, or --

A. No, I don't know.

Q. Are there any things like pipes on the ceiling?

A. I don't know.

Q. Okay. I don't have any other questions.

MR. NAHRSTADT: I have nothing.

THE COURT REPORTER: Signature?

MR. NAHRSTADT: We can

33

waive it.

(FURTHER DEPONENT SAITH NOT.)

34

EXAMINATION INDEX

WITNESS                    EXAMINATION
MARY MAIORANO
  EX-BY MR. KACZMAREK          3

35

OBJECTION INDEX

OBJECTION MADE BY                    PAGE

MR. NAHRSTADT                    23

36

Pages 33 to 36

EXHIBIT INDEX

| NUMBER | MARKED FOR ID |
|--------|---------------|
| 1 | 6 |
| 2 | 14 |
| 3 | 19 |
| 4 | 22 |
| 5 | 28 |

EXHIBITS RETAINED BY COUNSEL

\* \* \*

37

DEPOSITION OF MARY MAIORANO - October 27, 2016

1

**A**

aboveentitled
1:21
accident
31:6
accidents
31:6
address
3:19
afternoon
11:20
afterward
26:14
air
19:6
aisle
28:1
allow
16:18
allowing
16:13
amount
5:19
answer
9:2 23:18
answering
9:6
anytime
25:22
anyway
25:14
appear
22:20 23:8
appearances
2:1
applicable
3:12
area
10:3 11:24 12:5 14:18
    16:18,19 18:15,17,23
    19:9 20:1,9,18,23
    21:16,23 22:11,22
    23:5 24:2,15 25:3,7
    25:11,18,23 26:13,18
    26:22 27:2 32:18
    33:10
areas
10:12 21:24 26:17
asked
27:18
asking
17:6 27:23
asks
9:6
assets
29:19
assist
16:15
assistance
26:12
assistant
13:6
assuming
19:5
attained
4:2
attorney
6:20 15:3 19:19 22:19
    28:11
available
17:7
avera
31:24
avers
31:22

**B**

back
11:3 20:20 25:6
badge
30:18,20
barb
31:22,24
begun
8:4
believe
22:7
benjamin
2:4
birth
3:23
bottom
7:15 15:23 29:17
bradley
2:15
bucket
17:12,16
buckets
17:1
business
4:18 11:6 12:17

**C**

c
2:15
call
18:19
calls
23:17
cameras
22:9
cant
10:2,24 32:4
card
5:13,14,17
carried
15:7
carry
17:4 30:23
cartons
21:19,21
case
1:8 10:11
cause
1:21
ceiling
33:9,16
cellphone
16:22
centers
8:1
certainly
11:16
change
11:9
changed
12:16
chart
31:15
check
5:20 14:17
checked
28:22
checkmarks
7:16
cheese
27:19,21
chicago
1:23 2:8,18
civil
3:13

claimed
33:6
claims
29:6
clean
17:15,22 18:14,20
click
5:18,21
close
32:6
closed
32:5,13
clothes
30:14
cohn
31:23
college
4:4
color
22:21
column
15:20 21:11
come
5:19 11:8 16:13,19
    18:20 19:4 26:5
coming
5:16
communication
16:21
company
29:18,21
complained
26:24
completed
8:5
concrete
12:8,11,12 23:9
condensation
21:14
conditioned
19:6
cones
17:1,2,11
control
29:4
cooler
7:22,23 11:24 12:5
    14:18 19:9 20:1,5,9
    20:18,22 21:16 22:10
    22:22 23:5 24:2,15
    25:3,7,11,18,23
    26:13,18,22 27:2
    32:17 33:10
coolers
8:1 9:22 10:12,14 15:8
corporation
1:10
correct
5:24 6:5 7:6 8:6,7 9:22
    9:23 10:17 11:17
    12:24 15:24 19:6,7
    19:10,11 20:18,24
    21:1,4,12,13 22:3
    28:18,19,24 30:10
    31:12 32:11,14
correctly
8:3
costco
1:10 4:12,14,22 5:9 7:4
    13:24 20:1 22:5 24:5
    25:1 28:16 30:2,8,9
    30:17,21 31:7,11
    33:7
couldnt
11:13 12:14
counsel

37:8
court
1:1 33:22
coworker
16:15
crystal
14:8
curtains
30:24

**D**

daily
6:23 8:4 28:23
dairy
7:22,23 9:22 11:23
    12:5 19:9 20:1,5,9,22
    21:16,23 22:10,22
    23:5 24:1,15 25:3,7
    25:11,18,23 26:13,17
    26:21 27:2 32:17
    33:10
damaged
30:24
date
3:23 25:21
day
11:9,9 14:5 16:5 24:18
    24:20 31:10,18
days
10:16,19,22 11:1
dealing
28:17
defendant
1:11 2:20
degrees
20:24 21:3
demo
10:12
department
4:19 5:3 8:16 12:18
depend
17:24 18:1,3
depending
11:5
depends
17:23
deponent
34:2
deposition
1:20 3:1,11 6:16 14:23
    19:15,20 22:15 28:5
    28:7
detail
10:3
developer
4:18 12:17
device
16:21
different
4:23
direct
27:20
directly
23:14
discovery
1:20
district
1:1,1
division
1:1
document
6:22 15:5,6,11 28:13
documented
28:22
documents
6:10

doing
27:13 29:12
dont
6:13 11:14 12:6 13:20
    14:10 15:15 17:14,19
    18:21 19:12 23:20
    24:3,9 29:8 32:2,3,8
    33:4,11,14,17,18
door
5:14,15,16,20 8:20
doors
8:15
doorway
20:8,15,17
due
29:19,23
duly
3:4,6
duties
5:7,10 8:21 12:16
duty
13:2,23 16:17 30:20

**E**

eastern
1:1
education
4:2
eggs
20:6
electrical
8:14
element
29:3
emergency
8:15
employed
4:8 5:8
employee
24:6 30:17
employees
13:23
employment
4:14
ended
24:22
enforcement
29:20
enter
5:11
entered
21:5
entire
15:19
entrance
8:17
entries
21:6,9
entry
12:16
essential
29:3
examination
3:8 35:1,2
examined
3:6
examining
10:1
exby
35:4
exhibit
6:14,16,21 7:12 14:21
    14:23 15:4 19:10,13
    19:15,20 20:21 21:10
    22:13,15,20 28:5,7
    28:12 29:17 37:1

exhibits
37:8
exit
8:15,17
eye
30:6
eyes
32:3

**F**

fahrenheit
21:3
fall
22:2
fallen
24:15 25:2,7,11,17,22
    26:13,21 33:6
familiar
29:24
february
12:19,21
federal
3:13
fifteen
10:4
filled
31:5
find
6:11
finish
9:1,5
first
3:6 5:10 19:2
five
9:17 10:19
fixed
27:15
floor
6:3,7,24 7:1,24 8:4
    12:1,4,9 16:9 19:4
    22:22 23:3,9,13 27:1
    28:21,23 29:1,2,13
    29:21 30:5 32:15
focused
28:3
follows
3:7
food
7:24
found
16:7 25:24 26:8
freezers
15:9
front
8:20
full
31:19
fulltime
10:18
further
34:2

**G**

giving
24:11
go
11:1,1 20:8 22:13 25:6
    29:13
going
20:20 26:4
goodwin
1:22
guess
22:23
guys

DEPOSITION OF MARY MAIORANO - October 27, 2016

2

9:11

**H**

haley
 1:21 9:10
hand
 18:6
handing
 23:24
handle
 18:8
handwriting
 7:12 15:11,20
happened
 26:15
hard
 9:10 23:12
hardlines
 8:1
harper
 14:8
hart
 3:17,18
hazards
 8:14,14 10:7 22:2
heard
 14:13
hell
 9:5
help
 27:24 29:22
highest
 4:1
hired
 4:24
home
 3:19 24:18,20,23
hour
 6:8
hours
 11:1,2,11
husband
 33:3

**I**

id
 5:20 37:2
idea
 13:5,10
identification
 6:17 14:24 19:16 22:16
 28:8
identify
 6:22 30:16
il
 2:8,18
ill
 25:14
illinois
 1:1,23 3:22
im
 8:2 13:17,18 17:4,6
 19:5 27:12,18 28:2,3
 30:13 32:22 33:11
index
 35:1 36:1 37:1
indicates
 29:2,18
individuals
 14:4
information
 7:17
initially
 4:24
initials
 7:20 15:22 31:14

injuries
 29:5
inspect
 9:16
inspected
 10:15
inspection
 6:24 7:2 14:16
inspections
 6:3,7
interrupt
 9:12
item
 29:10
items
 20:4,12 29:14

**J**

janitor
 18:19
jewelry
 10:11,11
july
 5:23 6:4,24 10:16,19
 11:12 13:2,12,24
 16:2 23:23 26:18
 32:20,22,22 33:7
june
 4:15 6:3 12:20

**K**

kaczmarek
 2:5 3:9 6:18 9:14 15:1
 19:17 22:17 23:22
 26:10 28:9 32:21
 35:4
kept
 20:5 21:15 30:6
kind
 12:9,13 16:9,20 20:4,7
 22:1 23:10 25:16
 26:12
knew
 26:4
know
 13:14 14:10,11,13 18:7
 18:22 21:5 22:8,12
 23:21 24:8 26:7
 27:12,14,18,19,24
 29:8 31:19 32:2,4,8
 33:4,11,12,14,17
knowledge
 26:20

**L**

large
 18:17,23
lasalle
 1:22 2:6
leakage
 21:21
learn
 24:14 25:21
level
 4:1
liability
 29:6
lines
 6:2
lipe
 2:13
log
 15:7
long
 9:15,24

look
 27:5,9
looking
 20:17 21:18 23:7,14
 27:11 29:16
looks
 20:3
loss
 28:16 30:1
losses
 29:23
lyons
 2:13

**M**

m
 7:16 8:5,6 11:17 15:14
 15:16,19 20:24 21:6
 21:7,11 31:9 32:7,15
maiorano
 1:20 3:1,5,11,17 6:14
 6:15,21 14:21,22
 15:4 19:14,20 22:14
 22:20 28:5,6,12 35:3
manager
 11:21 13:1,7
managerial
 5:4
manual
 28:17
manzie
 14:12
march
 12:19,21 32:18
mark
 6:13 14:20 19:13 29:10
 29:14
markdowns
 29:4,9
marked
 6:11,16,20 14:23 15:3
 19:15,19 22:15,19
 28:4,7,11 37:2
marketing
 4:19 12:17
mary
 1:20 3:1,5,11,17 23:19
 35:3
mean
 12:7 18:4,22,23 32:20
member
 5:2,8 12:22 27:18,20
 27:23
members
 5:12 16:19 19:3
membership
 5:13,17
merch
 27:15
merchandise
 21:15 29:22
merchandisers
 27:17
mersick
 31:24
michael
 2:5 33:3
mike
 9:1 26:5
milk
 20:6 21:18,21 23:1
mine
 7:17
minimize
 29:22
minutes

9:17 10:5
mitts
 1:7 33:3,3
mmhm
 11:18 30:15
monroe
 2:16
mop
 17:13,16
mops
 17:1
morning
 11:20
murphy
 2:13

**N**

nahrstadt
 2:14,15 8:24 9:4,9
 23:16 26:3 32:19
 33:20,24 36:4
name
 3:16 13:15,21 14:14
 30:18,20 31:19
names
 31:15,16
nancy
 14:12
naperville
 3:21 7:6 20:2
near
 16:13,19 19:4
need
 27:14,15
needed
 11:21
needs
 11:5
never
 12:3 14:13 26:15
north
 1:22 2:6
northern
 1:1
notice
 1:24 3:12
number
 37:2

**O**

objection
 23:17 36:1,2
observation
 29:20
obvious
 25:13
obviously
 8:18
occurring
 31:7
october
 1:22 3:2
okay
 5:22 7:11,21 8:2,10,12
 8:23 9:3,5,8,13,24
 11:2,22 12:4,20 13:1
 13:11 14:8,11,15
 15:2,18 17:24 18:9
 18:24 19:18 20:4,16
 21:9 22:8,18,24
 23:12 24:4,13,17
 25:9,13 26:2,9,11,16
 27:8 29:1,9,12,16
 30:4,19 31:17 32:12
 33:1,5,12,18

optical
 8:15
order
 15:7
ordinary
 30:14
oriented
 10:3
outside
 24:1

**P**

p
 7:16 8:5,6 11:17 15:14
 15:16,19 20:24 21:6
 21:7,11 31:9 32:7,15
page
 29:16 36:2
pallets
 27:12
paper
 17:17 18:11
parenthesis
 7:24
part
 7:11,14 15:10,13 30:1
parttime
 10:20,21
paul
 31:23 32:5
peaches
 27:14
people
 5:19 30:16 31:14,18,20
pepperidge
 3:20,21
person
 5:14,15 12:23 17:5
 24:5
phonetic
 13:13,17,18 31:22,23
 31:24 32:1
photo
 19:21
photograph
 22:21 23:3,8
picture
 20:13,14,16
pipes
 33:16
plaintiff
 1:8 2:10
point
 24:13
pointed
 22:10
policies
 30:2
pontikis
 2:14
position
 4:17,21,24 5:1,5,23
positions
 4:22
presence
 29:19
prevention
 28:16 30:1
primary
 16:17
printed
 15:19
prior
 10:16 11:22
probably
 24:9

procedure
 3:13
procedures
 28:16
proceed
 9:19
product
 10:13
protect
 16:18 19:3
protection
 29:18
provide
 26:11
provided
 6:9
pursuant
 1:23 3:12

**Q**

quarter
 18:5
question
 9:1,7
questions
 25:14 33:19
quicker
 29:11

**R**

rag
 18:10
raining
 16:5
really
 13:17 30:3
recall
 11:15 13:22 16:1,4
 17:14,19
recognize
 19:21 31:13,16
record
 3:10,16 7:4
recorded
 20:23
reductions
 29:5
refrigeration
 20:21
relation
 20:12
relieve
 8:20
remember
 11:14 14:3 24:3,4,7,10
 24:10,17,19 25:15
repair
 30:24
report
 13:11 31:6
reporter
 33:22
representing
 2:10,20
retained
 37:8
rhonda
 1:7 33:2
right
 4:16 6:1,6,19 7:3,8 8:8
 8:19 9:1,15,18,21
 11:15 14:3,15 15:15
 15:18 17:10 19:12,24
 20:11 24:21 25:5,20
 28:10,15 33:1

DEPOSITION OF MARY MAIORANO - October 27, 2016

3

road
3:20
rotation
8:22
route
7:5
rules
3:13 29:21

**S**

safety
6:24 7:1 17:1,2,11
saith
34:2
sales
7:24
sam
31:22 32:1
samples
24:1
sandals
25:16
saw
16:15
schedule
11:7,10
school
4:4
secretarial
4:3
see
15:15 23:13 25:6 26:5
26:16 27:13
seen
11:24 23:1 28:13
sell
10:13 29:11
selling
10:9,10
services
5:2,9 12:23
set
3:14 11:7,10
severino
13:18
shapiro
2:4
sheen
12:13 23:10
sheet
28:23
shift
24:21
shoes
25:16
shonda
13:13
shondas
13:14
shopin
20:23
shoplifters
27:6
shoplifting
29:23 30:6
show
3:10 5:14
showed
5:17
showing
6:19 15:2 19:18 22:18
28:10
shown
19:9 20:12 23:2
shrink
29:4,7

signature
7:19 33:23
similar
20:3
sir
14:19 16:3,6,23 17:3
24:12,16 25:4,8,12
25:19 26:19,23 27:3
28:14 30:22 33:8
site
18:3
size
18:1,4
slip
22:1
slippery
27:2
small
18:7,15
somebody
17:21 18:20
soon
6:11
sorry
32:22
south
7:5
speak
25:9
specific
27:23
speculation
23:17
spend
10:1
spill
16:8,12,14,16 18:7
19:2 23:2 28:21
spilling
21:20
spills
8:13 10:7 12:2 17:16
spoken
33:2,5
spot
23:15
spots
26:17
stand
16:11,14,17 19:1
standing
8:16
start
8:10,18 9:2 11:19
started
8:9
state
3:15
states
1:1 6:23
stevenson
13:16
store
5:11 7:5,9 10:8,10 14:2
17:3 19:5 21:24 22:6
32:6
street
1:23 2:6,16
styka
31:23
suite
1:23 2:7,17
sunday
32:10,13
sure
5:16 10:2 13:17,19

27:11 31:21
surveillance
22:5
sworn
3:4,6
system
22:5

**T**

take
18:9
taken
1:21 3:11 9:16 20:15
20:17
tape
30:23
tell
11:13 12:14 25:2 27:17
temperatures
14:17 15:8 19:8 20:22
tempering
29:22
terms
22:1
testified
3:7
thats
21:2 28:3 32:3
thing
19:2
things
10:9 16:9 33:15
think
13:16,20
thirtyfour
11:4
thirtytwo
20:24 21:2
tile
12:8 33:13
time
4:9 5:18 7:18 18:1
32:17 33:2
times
11:23 21:19
title
4:17
today
3:14
told
27:10
tools
16:24
top
15:17
towels
17:17 18:11
tracy
31:24
trash
8:13 10:7
trip
8:13 10:7
twenty
10:4
twentyfour
11:4
two
26:7,7

**U**

underneath
7:15,19
understand
12:6
understanding

8:3
uniform
30:9
united
1:1
usually
11:19 32:13

**V**

video
22:4
vs
1:9

**W**

wait
16:12
waive
34:1
walk
6:24 7:1,16 8:5 18:11
27:13,16,22,22 28:2
28:23 31:9,10 32:16
walkers
29:21
walkietalkie
16:22
walkin
8:1 10:13
walking
29:13
walks
27:5 29:2,2 30:5 31:1
31:18
wanted
17:7
warehouse
28:17
wear
30:19
wearing
25:17 30:13
weather
16:2
week
10:19,22 11:3
went
24:18,19,22
west
2:16
wet
23:13,14 26:16,17
whats
8:12 10:6 12:4
white
23:1
wholesale
1:10 4:12,14 13:24
wipe
18:6
wiping
16:16
witness
3:3 9:3,8,13 23:20 26:6
35:2
wood
12:9
word
3:21
work
7:9 10:23 30:8
working
10:18 11:3
writing
32:2

**X**

**Y**

yeah
26:6
year
4:3,4,6
years
26:7,7
youd
11:8 18:11
youre
27:21 30:20
youve
4:2 27:10 30:4

**Z**

zone
7:22,23 8:9,11,12 9:16
9:20,21 10:1,6,10,15

**0**

00
7:16 15:14,16,19 20:23
21:6,7,11 31:9 32:7
32:13,15

**1**

1
6:3,14,16,21 7:12 8:11
8:12 9:16 21:6 37:3
101
28:1
13
6:4
1320
7:5
13th
5:23 7:1 10:16 13:2,24
16:2 23:23 26:18
32:18,23
14
37:4
15cv5788
1:9
180
1:22 2:6
19
3:20 37:5
1978
4:7
1st
4:15 12:21

**2**

2
7:18,24 8:5 9:20,21
10:1,6,10,15 11:17
14:21,23 15:4 19:10
20:21 21:10 29:16
37:4
20
7:18 8:6
2014
4:15 5:23 6:4,4 7:1
10:16 12:21 13:2,12
14:1 16:2 23:23
26:18 32:18,23 33:7
2015
12:19,22
2016
1:22 3:2
22
37:6

2260
2:17
23
36:4
230
2:16
2600
1:23 2:7
27
1:22 3:2
28
37:7

**3**

3
3:24 7:16,18 8:6 15:14
15:16,19 19:13,15,20
20:23 21:11 31:9
32:15 35:4 37:5
312
2:9,19

**4**

4
22:13,15,20 37:6
4486235
2:19

**5**

5
3:24 21:7 28:5,7,12
29:17 37:7
53
7:18 8:5 11:17
59
7:5

**6**

6
32:7,13 37:3
60
3:24
60540
3:22
60601
2:8
60606
2:18
6415944
2:9

**7**

79
4:7

**8**

**9**

LOCATION: 342   **Daily Floor-walk / Safety Inspection**   DATE: 7-13-14

Inspect every aisle for unsafe conditions and potential hazards by physically walking down congested aisles, or visually inspecting unobstructed aisles. Report critical issues immediately.

Place a check mark in each box to indicate that no hazards exist. If something requires a manager's attention, indicate it by writing a "P" (Problem) in the corresponding box, then review with the Duty Manager ASAP.

| Time Period | 10 am | 11 am | 12 pm | 1 pm | 2 pm | 3 pm | 4 pm | 5 pm | 6 pm | 7 pm | 8 pm |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Zone 2 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Zone 3 | | | | ✓ | | ✓ | | ✓ | | | |
| Zone 4 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Temp. Log (verified) | | ✓ | | ✓ | | ✓ | | ✓ | | | |

| Pharmacy temperatures (US locations ONLY) - If temperatures are out of range, notify the Pharmacy Manager ASAP | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Refrigerator 35-46 degrees F | | degrees | | | | | | | 38 | degrees | |
| Freezer 5 degrees F or below | | degrees | | | | | | | -14 | degrees | |

| Zone 1 - Vestibule / Front End Area | | Zone 2 - Sales Floor (Foods, Center, Hardlines) | |
|---|---|---|---|
| Trash, spills & trip hazards | Restrooms (both) | Trash, spills & trip hazards | Unattended pallet jacks |
| Electrical hazards | | Electrical hazards | Walk-in coolers |
| Emergency exits | | Emergency exits | Demo areas |
| Optical | | Merchandise issues | Display safety |
| Entrance / Exit | | Road shows | Jewelry / Alarmed displays |

| Zone 3 - Receiving Area | | Zone 4 - Building Specific | |
|---|---|---|---|
| Trash, spills & trip hazards | Compactors | | |
| Electrical hazards | Re-wrap machine | | |
| Emergency exits | RTV | | |
| Safe stacks / storage | Receiving doors | | |
| Roof hatch (visual) | Eye wash station/ shower clear | | |
| Overhead heaters | | | |

**ACTION LOG**   Record unresolved hazards indicated above

ZONE 3

| Issue | Action Taken | Resolved By |
|---|---|---|
| *(handwritten)* | *(handwritten)* | *(signature)* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin Time | 10:02 | 10:55 | 12:01 | 1:07 | 2:15 | 2:53 | 4:05 | 5:00 | 5:52 | | |
| End Time | 10:15 | 11:22 | 12:12 | 1:40 | 2:28 | 3:20 | 4:17 | 3:25 | 6:07 | | |
| Inspector's Last Name (print legibly) | Avers | Khan | Stykapwb | Mph | Omay | Khan | Nahifar | s-h/LA | | | |
| Inspector's Initials | BR | DK | J-S | OP | BR | MV | DK | AA | J-S | | |

* Your initials (above) indicate that all zones/areas have been inspected and safety issues are addressed

Duty Mgr Initials *(handwritten)*

Form #SC03 11/13 (Retention = Indefinite Legal hold)   ▶ Use back of page if necessary ▶▶

EXHIBIT 1

on# 342

| Period | Temp. Zone | Zone 7 - Refrigeration Temperatures 9am | 11am | 1pm | 3pm | 5pm | 7pm | 9pm | Date: 7-13-14 |
|---|---|---|---|---|---|---|---|---|---|
| Actual Time Began | | 8:55 | 10:58 | 1:01 | 1:53 | 5:00 | | | |
| Food Court Condiments | Clean? | | ✓ | | ✓ | | | | |
| Food Court Cooler | 34° F | 32.0 | 37.5 | 33.0 | 40.0 | 36.0 | | | |
| Food Court Hot Pizza Case | >140° F | | 155.0 | 154.0 | 161.0 | 120.0 | | | |
| Coffin Case #1 Chicken | 28° F | 27.5 | 27.5 | 36.0 | 38.5 | 35.0 | | | |
| Coffin Case #2 Pies | 28° F | 28.0 | 32.5 | 35.0 | 40.5 | | | | |
| Bakery Freezer | 0° F | 0.0 | 1.0 | | 0 | | | | |
| Bakery Cooler | 35° F | 35.0 | 25.5 | 35.0 | 35.0 | | | | |
| Large Bakery Cake Case | 32° F | 30.0 | 36.5 | 35.0 | 34.5 | | | | |
| Bakery Special Order Case | 38° F | 33.0 | 43.5 | 38.0 | 43.0 | | | | |
| Meat Prep Area | 50° F | | 60.0 | | 40.0 | | | | |
| Meat / Deli Rear Cooler | 28° F | 28.5 | 26.5 | 27.21 | 30.0 | 28.0 | | | |
| Meat Case Fresh # 1 | 28° F | 27.5 | 31.5 | | | | | | |
| Meat Case Fresh # 2 | 28° F | 26.5 | 27.5 | 36.5 | 28.0 | 27.0 | | | |
| Meat Case Fresh # 3 | 28° F | 26.0 | 29.5 | 29.5 | 30.5 | 23.5 | | | |
| Meat Case Fresh # 4 | 28° F | 21.0 | 24.5 | 26.0 | 29.0 | 34.0 | | | |
| Meat Case Fresh # 5 | 28° F | 25.5 | 27.0 | 27.5 | 28.0 | 27.0 | | | |
| Meat Case Fresh # 6 | 28° F | 28.0 | 31.5 | 29.0 | 34.0 | 28.0 | | | |
| Meat Case Fresh # 7 | 28° F | 35.0 | 30.5 | | 30.5 | 28.0 | | | |
| Meat Case Fresh # 8 | 28° F | 27.5 | 26.5 | 21.0 | 25.0 | 25.0 | | | |
| Meat Case Fresh # 9 | 28° F | 28.5 | 28.5 | 30.0 | 31.0 | 31.0 | | | |
| Produce Cooler (Shop -In) | 40° F | 39.0 | 41.0 | 31.5 | 38.0 | 34.0 | | | |
| Dairy Cooler (Shop -In) | 34° F | 38.5 | 36.0 | 34.0 | 32.0 | 37.0 | | | |
| Deli Prep Room | 50° F | 49.0 | 50.5 | 47.0 | 53.0 | 53.0 | | | |
| Deli Cases (Dept. 19) #1 | 28° F | 39.0 | 34.5 | 35.0 | 35.5 | 37.0 | | | |
| Deli Cases (Dept. 19) #2 | 28° F | 31.0 | 29.5 | 31.5 | 38.5 | 36.0 | | | |
| Deli Cases (Dept. 19) #3 | 28° F | 36.0 | 35.5 | 36.0 | 29.0 | 33.0 | | | |
| Deli Cases (Dept. 19) #4 | 28° F | 31.0 | 28.5 | 34.0 | 32.5 | 34.5 | | | |
| Deli Cases (Dept. 19) #5 | 28° F | 35.0 | 26.0 | 39.4 | 30.5 | 35.0 | | | |
| Deli Cases (Dept. 19) #6 | 28° F | 35.0 | 23.5 | 34.5 | 29.0 | 32.0 | | | |
| Deli Cases (Dept. 19) #7 | 28° F | 35.0 | 24.0 | 34.5 | 30.5 | 35.0 | | | |
| Deli Cases (Dept. 19) #8 | 28° F | 35.0 | 24.5 | 34.5 | 34.5 | 31.0 | | | |
| Deli Cases (Dept. 19) #9 | 28° F | 38.0 | 23.5 | 28.0 | 29.0 | 39.0 | | | |
| Deli Cases (Dept. 19) #10 | 28° F | 35.0 | 30.0 | 35.0 | 29.0 | 30.0 | | | |
| Deli Cases (Dept. 19) #11 | 28° F | 34.0 | 33.0 | 28.0 | 28.0 | 30.0 | | | |
| Deli Cases (Dept. 19) #12 | 28° F | 33.0 | 34.0 | 28.0 | 29.5 | 38.0 | | | |
| Deli Cases (Dept. 19) #13 | 28° F | 33.0 | 42.0 | 30.0 | 31.5 | 34.0 | | | |
| Deli Cases (Dept. 19) #14 | 28° F | 33.0 | 33.5 | 28.0 | 24.5 | 34.0 | | | |
| Deli Cases (Dept. 63) #1 | 28° F | 38.0 | 25.0 | 28.0 | 27.0 | 35.0 | | | |
| Deli Cases (Dept. 63) #2 | 28° F | 38.0 | 26.0 | 35.0 | 36.0 | 33.0 | | | |
| Deli Cases (Dept. 63) #3 | 28° F | 31.0 | 24.5 | 35.0 | 40.5 | | | | |
| Rotisserie Chicken / Case | >140° F | | 152.5 | 160.0 | 155.0 | 140.0 | | | |
| POS Freezer (Drive-In) D18 | 0° F | -5.0 | 5.0 | -7.0 | -6.0 | -7.0 | | | |
| POS Bulk Wall Freezer D18 | (-10)°F | -10.0 | 5.0 | -5.0 | -8.5 | -2.0 | | | |
| POS Cooler D17 | 34° F | 35.0 | 45.5 | 40.0 | 35.0 | 35.0 | | | |
| Flower Cases | 37° F | 38.0 | 46.0 | 37.0 | 43.5 | 45.0 | | | |
| Refrigeration Truck on Dock | 36° F | | | — | — | — | | | |
| Meat Case Product | 40° F | 39.0 | 41.0 | 41.0 | 45.5 | 44.0 | | | |
| Deli Case Product | 40° F | 34.0 | 33.0 | 34.0 | 40.0 | 34.0 | | | |
| Dept 17 Cooler Product | 40° F | 38.5 | 36.5 | 39.0 | 31.5 | 35.0 | | | |
| Dept 19 Cooler Product | 40° F | 39.0 | 35.5 | 53.0 | 42.0 | 34.0 | | | |
| Break Room Employee Cooler | 36° F | 90.0 | 58.0 | 50.0 | 36.0 | 36.0 | | | |
| Actual Time Finished | | 9:20 | 11:22 | 1:40 | 2:30 | 6:25 | | | |
| Inspector's Last Name | | | | | | | | | |
| Duty Manager's Initials | | | | | | | | | |

Form #SC03aUS 03/11

These are MAXIMUM allowable temperatures.

Log temperatures in appropriate box. If temp falls outside of maximum allowable temperatures, highlight the box and notify a manager. *Note: some units may be in a defrost cycle, which will indicate an elevated temperature. Your location should have a defrost schedule available.

EXHIBIT 2



EXHIBIT 3



EXHIBIT 4

Member Service / Loss Prevention Procedures Manual

# WAREHOUSE

## SECTION 3

Warehouse Operations Department

EXHIBIT 5

Member Service / Loss Prevention Procedures Manual

# WAREHOUSE

### Floorwalks (6/12)

Each Costco Warehouse is to conduct floorwalks, documented hourly on Floorwalk Checklist (Form #SC03), as an essential element in the control of shrink, markdowns, and in the reductions of injuries and liability claims. Floorwalks must be thorough and encompass all areas of the warehouse, with the results being documented on the daily Floorwalk Checklist and Activity Log. Hourly floorwalks supplement the policy that each and every Costco employee is responsible for making the warehouse a safe place.

Warehouse Managers are responsible to ensure that floorwalkers are properly trained, scheduled and supervised. The duty manager is responsible to ensure that floor walks are done hourly and any issues are corrected immediately.

On each round, the floorwalker is to check the property, specifically certifying by his/her written "Check Mark" that each zone listed on the Floorwalker Checklist has been inspected and appears hazard-free.

If a hazard is noted during the walk, the floorwalker will try to remedy the issue as best he/she can. If carrying a walkie-talkie, the floorwalker can remain at the scene until other assistance arrives. If a walkie-talkie is not available, the floorwalker must try to clearly mark the hazard to bring attention to it and prevent possible injury while he/she goes for a mop bucket or additional assistance. If another employee is in the area, that employee should be asked to remain in the immediate area to help keep people away from the hazard until assistance arrives.

**NOTE: The Warehouse Manager is responsible for verifying the completeness and accuracy of the daily Floorwalk Checklist (Form #SC03). The reports are to be retained as a permanent record for five years as they may be needed to defend an injury case.**

### General Warehouse Safety

The emphasis of the floorwalk inspection is on general safety conditions in the warehouse. Floorwalkers are responsible to:

- Check chairs/tables used in the food service areas, break rooms, and display areas to verify they are stable and safe to use on the first daily floorwalk. Any chairs/tables deemed unsafe or unstable must be tagged and then removed from use until repaired. If not repairable, they must be discarded.
- Check all areas for potentially unsafe conditions, which include, floor slip and trip hazards, damaged steel, unsafe displays, improperly or unsafely stacked pallets, unstable pallet/product in steel, etc. Unsafe conditions, which are an imminent hazard should be immediately corrected by the floorwalker or reported to the Duty Manager.

Member Service / Loss Prevention Procedures Manual

# WAREHOUSE

### Floorwalks (cont.)

- Inspect every aisle for unsafe conditions and potential hazards by physically walking down congested aisles, or visually inspecting unobstructed aisles. Check for unsafe conditions, including floor slip and trip hazards, damaged steel, unsafe displays or pallet stacking in overstock/top steel (e.g. product stacked too high or leaning, unstable pallet/product in steel, etc.). Unsafe conditions that are an imminent hazard should be immediately corrected by the floorwalker or reported to the Duty Manager.
- Help maintain clear fire exits, and verify clear access to all fire extinguishes, fire hoses, and exit doors.
- The receiving dock should be added to the floorwalk check after the receiving employees have gone for the day (about 2:00 PM) to verify that the area is secure and safe. Items to check: all doors are locked, the compactor door is locked, RTV/Shipping secure, bathrooms locked, heaters are off, no unauthorized persons are in the area, etc.
- Check outside the warehouse, ensuring emergency exit doors are clear, checking seasonal lot areas (e.g. landscape centers and tree lots), and the property perimeter (e.g. parking lot, gas station etc.). In addition, the outside check should include a visual inspection of the outside bailer area, receiving rollup doors and other areas for any spills, vandalism or any suspicious activities.

### Reporting Of An Accident (02/06)

If an accident occurs, the Privileged And Confidential Warehouse Incident Report (Form #SF02US) or (Form #SF02CN) should include a copy of the last floorwalker report and include the floorwalker's statement regarding the time of the last inspection. A copy of both should be forwarded to Home Office General Liability. Also, if an accident occurs, the floorwalker should be among those called immediately to inspect the accident site.

Any discussion regarding an accident should be left to the Warehouse Manager or the General Liability Claims Department.

### Protection Of Company Assets (02/12)

Through their presence, observation and enforcement of company rules (opening merchandise, children with parents, etc), floorwalkers also help minimize merchandise tampering and losses due to shoplifting.

- Floorwalkers should carry tape to repair damaged cartons before product becomes damaged, resulting in markdown dollars. High damage areas of candy, paper product, etc., should be monitored on each floorwalk.

# WAREHOUSE

### Protection of Company Assets (cont.)

- Floorwalkers must be aware of potential shoplift losses.  The greatest protection against shoplifting is the presence of warehouse employees.  The floor walker should check high theft areas such as jewelry, tobacco, computer software, and other areas designated by the warehouse manager as needing special attention.  The floorwalker must ensure there is no staged merchandise, empty boxes, etc., in these areas.
- Unobserved failure of coolers and freezers can quickly result in the loss of product.  For this reason, the Floorwalk Checklist includes regular verification of refrigeration unit operations and temperatures.  Anything out of the normal range is to be reported to the Duty Manager immediately.  Temperatures are recorded on the Temperature Log Sheet Form SC03AUS / SC03ACN.
- The Floorwalk Checklist includes regular checks of building security systems including doors locked and alarmed, the dock area, RTV, cigarette cage, camera display, laptop display, and all other "Employee Only" areas.

In essence, the floorwalkers are an extension of the Duty Manager, providing a trained set of eyes inspecting the warehouse on a continuous basis.  Used properly, the floorwalker program will be one of a warehouse's most successful operational control tools.

### Shoplifting/Prevention (01/07)

It is to the advantage of Costco to deter and prevent shoplifting rather than catching a shoplifter after he/she has stolen the merchandise.  Member service personnel are responsible for protecting the assets of Costco without endangering employees or members.  By following the "Welcoming the Member" procedures cited in Section II-"Warehouse", many potential shoplifters will be deterred.

While on floor walks be observant of members who appear to be more interested in the location of clerks and other members than the merchandise.  Always be aware of members that are carrying briefcases, back packs, bags or who have a coat thrown over their arm, a baby stroller, etc.  Check less traveled areas and fire doors for staged product, empty containers, etc.  Check high theft areas such as jewelry, tobacco, computer software, and other areas designated by the warehouse manager as needing special attention.  Be alert to empty product packaging which may have been discarded by a shoplifter.