

30746.00O300

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RHONDA MITTS,                              )
                                           )
                 Plaintiff,                )        No. 16 cv 5788
        v.                                 )
                                           )
                                           )
COSTCO WHOLESALE CORPORATION,              )
                                           )
                 Defendant.                )

## AFFIDAVIT

I, Mary Maiorano, am over the age of 18 and capable of making this Affidavit. I have personal knowledge of, and can testify competently to the truth and accuracy of the facts stated below:

1. On July 13, 2014, I was a member of the Member Service Department at the Costco Wholesale Corporation store in Naperville, Illinois.

2. I conducted a floor walk at the Naperville Costco beginning at 2:53 p.m. on July 13, 2014.

3. One of the reasons employees of Costco perform floor walks is to identify and remedy any situation that may pose a potential hazard to guests.

4. When I performed my floor walk on the afternoon of July 13, 2014, I inspected the walk-in dairy and egg cooler.

5. I inspected the walk-in dairy and egg cooler at around 3:10 p.m. on July 13, 2014.

{00171523}

6. As part of the inspection of the dairy and egg cooler, I had to physically enter the cooler, walk to the back of the cooler and use a temperature gun to take the temperature of both rear corners of the cooler.

7. I recorded the average temperature on the Daily Floor-Walk/Safety Inspection sheet I was required to complete as part of my job duties.

8. As part of the inspection of the dairy and egg cooler, I visibly inspected the floor of the cooler.

9. When I was in the dairy and egg cooler on the afternoon of July 13, 2014, I did not see or encounter any substance on the floor of the cooler.

Mary Maiorano

Subscribed and sworn to before me this _18th_ day of _January_ , 201 7 .

Notary Public

"OFFICIAL SEAL"
MARIA BERARDI
Notary Public, State of Illinois
My Commission Expires 04/03/17

{00171523}                                    2