**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| RHONDA MITTS )<br>    Plaintiff )<br>    vs. )<br>COSTCO WHOLESALE CORPORATION )<br>    Defendant )<br> ) | Case No. 16-CV-5788<br>Judge Jorge L. Alonso<br>Magistrate Sidney I.<br>Schenkier |

**PLAINTIFF'S RESPONSE TO DEFENDANT MOVANT'S
STATEMENT OF UNDISPUTED FACTS**

Now comes the plaintiff, Rhonda Mitts, by her attorneys Benjamin and Shapiro Ltd., and for her response to the defendant Costco Wholesale Corporation's statement of undisputed facts, states:

8.   Undisputed.

9.   Undisputed.

10.  Undisputed.

11.  Undisputed.

12.  Undisputed.

13.  Undisputed, though the plaintiff testified on the page cited that she entered the dairy cooler to get both eggs and milk, not just eggs.

14.  Undisputed.

15.  Undisputed.

16.  Undisputed.

17.  Undisputed.

18.  Undisputed.

19.  Undisputed.

1

20. Undisputed.

21. Undisputed.

22. Undisputed.

23. Undisputed.

24. Undisputed.

25. Undisputed.

26. Undisputed.

27. Undisputed.

28. Undisputed that at the time of the occurrence, Crystal Harper was an assistant general manager at the Costco in Naperville, Illinois. Plaintiff lacks sufficient knowledge to admit or deny whether Crystal Harper still holds that position.

29. Undisputed.

30. Objection. The absence of prior accidents is not relevant unless the conditions were "substantially similar" to those at the time of the occurrence in issue, *Green v. Union Pacific Railroad Company,* 269 Ill. App. 3d 1075, 1086 (5th Dist. 1995), *Deerhake v. Duquoin State Fair Association,* 185 Ill. App. 3d 374 (5th Dist. 1989).

31. Objection. Courts cannot consider inadmissible hearsay in ruling on a motion for summary judgment, *Eisenstadt v. Central Corp.,* 113 F. 3d 738, 743 (7th Cir. 1997).

33. Undisputed.

34.   Undisputed.

35.   Undisputed.

36.   Undisputed.

37.   Undisputed.

38.   Undisputed.

39.   Undisputed.

40.   Undisputed.

41.   Undisputed.

42.   Undisputed.

43.   Undisputed.

44.   Undisputed.

45.   Undisputed.

46.   Undisputed.

47.   Undisputed.

48.   Disputed. This statement is not found in paragraph 6 of exhibit J. In addition, Ms. Maiorano testified in her deposition she  recalled beginning her inspection of the walk in milk and egg cooler at 2:53 p.m. (defendants' exhibit I, page 11), and of hand-writing the time of 2:53 p.m. in the Daily Floor Walk Inspection Sheet (defendant's exhibit I, pages 11 and 15, and exhibit 2 to Maiorano's deposition, defendant's exhibit I).

48.   Disputed. This statement is not found in paragraph 6 of exhibit J.

3

49. Disputed. This statement is not found in paragraph 7 of exhibit J.

50. Disputed. This statement is not found in paragraph 8 of exhibit J.

51. Disputed. This statement is not found in paragraph 9 of exhibit J.

52. Disputed. This statement is not found in paragraph 10 of exhibit J, as there is no paragraph 10 of exhibit J. In addition, objection as to vagueness as the "she" referred to is not identified.

53. Objection as to vagueness, as the "she" referred to is not identified.

54. Undisputed.

55. Objection. Courts cannot consider inadmissible hearsay in ruling on a motion for summary judgment, *Eisenstadt v. Central Corp.,* 113 F. 3d 738, 743 (7th Cir. 1997).

56. Undisputed.

57. Undisputed.

58. Undisputed.

59. Undisputed.

60. Undisputed.

61. Undisputed as to the part of what Ms. Manzie did after the plaintiff and her husband left the milk and egg cooler. Objection as to Ms. Manzie's belief as to what another

Costco employee may have been doing, as speculation.

62. Undisputed.

63. Undisputed.

64. Undisputed.

65. Undisputed as to the part that Ms. Manzie had no idea how the substance got on the floor of the milk and egg cooler or how long it was on the floor before she saw it. Objection as to Ms. Manzie's speculation as to whether anyone from Costco knew that the substance was on the floor before the accident.

66. Undisputed.

S/Michael Kaczmarek
Benjamin and Shapiro Ltd.
180 N. LaSalle St., Suite 2600
Chicago, IL 60601
(312)-641-5944