## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Rhonda Mitts,

Plaintiff(s),

v.

Costco Wholesale Corporation,

Defendant(s).

Case No.  16 C 5788
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

         which ☐ includes        pre–judgment interest.
                  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒      in favor of defendant(s) Costco Wholesale Corporation
and against plaintiff(s) Rhonda Mitts

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐      other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Jorge L. Alonso presiding, and the jury has rendered a verdict.
☐ tried by Judge Jorge L. Alonso without a jury and the above decision was reached.
☒ decided by Judge Jorge L. Alonso on a motion for summary judgment.

Date:   12/8/2017

Thomas G. Bruton, Clerk of Court

Nicole Fratto, Deputy Clerk